1  KENNETH B. WILSON, State Bar No. 130009
      kwilson@perkinscoie.com
2  DIETER H. HELLMOLDT, State Bar No. 221498
      dhellmoldt@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, California 94111-4131
   Telephone:    (415) 344-7000
5  Facsimile:    (415) 344-7050

6  Attorneys for Defendants
   SIMMONS BEDDING COMPANY
7  and DREAMWELL, LTD.

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                           SAN JOSE DIVISION

11

12  ZINUS, INC.,                          CASE NO. 07-CV-03012-PVT
    a California corporation,
13                                        **DEFENDANTS' MOTION FOR
                  Plaintiff,              ENLARGEMENT OF TIME TO
14                                        RESPOND TO COMPLAINT**
         v.
15                                        The Honorable Patricia V. Trumbull
    SIMMONS BEDDING COMPANY,
16  an Delaware corporation, and
    DREAMWELL, LTD., a limited liability
17  company of Nevada
                  Defendants.
18

19
           Pursuant to Civil Local Rule 6-3, defendants Dreamwell, Ltd. and Simmons Bedding
20
    Company (collectively referred to as "Defendants") hereby move for an enlargement of time to
21
    respond to the Complaint in this action, from the current deadlines of July 12 and July 17
22
    respectively to a common date of August 8, 2007. Defendants' motion is made on the grounds
23
    that counsel for Defendants was only selected to handle this case last week; that there is
24
    insufficient time to investigate and analyze the personal jurisdiction, subject matter jurisdiction,
25
    patent infringement, and other factual and legal issues raised by the Complaint, as required by
26
    Federal Rule of Civil Procedure 11, by the current response deadlines; and that lead counsel for
27
    Defendants is on vacation this week, and will be unable to conduct the required investigation and
28

---
DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
CASE NO. 07-CV-03012-PVT
91004-0014/LEGAL13384716.1

- 2 -

1  prepare an appropriate response before the beginning of August. This extension is the first time
2  modification requested in this action, and if granted, it will not impact any of the other
3  scheduling or deadlines in this case.
4      Defendants' motion is based on the supporting Declaration of Kenneth B. Wilson in
5  Support of Defendants' Motion for Enlargement of Time to Respond to Complaint ("Wilson
6  Declaration"), and the [Proposed] Order Granting Defendants' Motion for Enlargement of Time
7  to Respond to Complaint. The facts necessitating the requested extension are set forth in detail
8  in the supporting Wilson Declaration.

10  Date: July 10, 2007.      **PERKINS COIE LLP**

12      By: _____/s/_____
    Kenneth B. Wilson

    Attorneys for Defendants SIMMONS BEDDING COMPANY and DREAMWELL, LTD.

- 2 -
DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
CASE NO. 07-CV-03012-PVT
91004-0014/LEGAL13384716.1