# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



ZINUS, INC., a California
corporation,

Plaintiff,

v.

SIMMONS BEDDING COMPANY, a Delaware
corporation, and DREAMWELL, LTD., a limited
liability company of Nevada,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# C07 03012 PVT

TO: (Name and address of defendant)

Simmons Bedding Company
One Concourse Parkway, Suite 800
Atlanta, Georgia 30328

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Darien K. Wallace, State Bar No. 139798
Imperium Patent Works
P.O. Box 587
Sunol, California 94586
Telephone: (925) 862-9972
darien@ImperiumPW.com

an answer to the complaint which is herewith served upon you, within   20    days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 6-11-07

(BY) DEPUTY CLERK

Sandy Morris

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Darien K. Wallace<br>Imperium Patent Works<br>P.O. Box 587<br>Sunol, CA 94586<br>*Telephone No:* (925) 862-9972 | | *For Court Use Only* |
| | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | |

*Insert name of Court, and Judicial District and Branch Court:*

U.S. District Court, Northern District of California

*Plaintiff:* Zinus, Inc.

*Defendant:* Simmons Bedding Company, et al.

| PROOF OF SERVICE<br>SUMMONS IN CIVIL | *Hearing Date:* | *Time:* | *Dept Div:* | *Case Number:*<br>C0703012PVT |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case, Complaint; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; Criminal And Civil Law And Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules; Notice Of Assignment To United States Magistrate Judge; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; General Order No. 40 - Prohibition Of Bias; Notice Of Electronic Availability Of Case File Information; General Order No. 53 - Privacy; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process; Adr Certification By Parties And Counsel; Stipulation And [Proposed] Order Selecting Adr Process / Adr Certification; Notice Of Need For Adr Phone Conference / Adr Certification (Blank); Ecf Registration Information Handout; Order Of The Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties; General Order No. 45; Order Setting Initial Case Management Conference; Standing Order For All Judges, Contents Of Case Managment Statement; Standing Order Regarding Case Management In Civil Cases; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull

3. a. *Party served:*  Simmons Bedding Company, a Delaware corporation, by serving Kristen McGuffey, Executive Vice President and General Counsel

   b. *Person served:*  Kristen McGuffey

4. *Address where the party was served:*  One Concourse Parkway<br>Suite 800<br>Atlanta, GA 30328

5. *I served the party:*

  b. by substituted service. On: Wed., Jun. 27, 2007 at: 2:10PM I left the documents listed in item 2 with or in the presence of: Clara Dequick, Authorized to Accept Service

   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*          Recoverable Cost Per CCP 1033.5(a)(4)(B)

  a. Chris Stanton            d. *The Fee for Service was:*  $125.00

  b. P.O. Box 7710            e. I am: (3)

    Atlanta, GA 30357                (i) Independent Contractor

  c. 800-655-7226

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Thu, Jun. 28, 2007

Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE<br>SUMMONS IN CIVIL

(Chris Stanton)

*Imperium.150950*

ADRIENNE LEE<br>NOTARY PUBLIC<br>EXPIRES<br>GEORGIA<br>OCT. 25, 2010<br>PUBLIC<br>DEKALB COUNTY

| Attorney or Party without Attorney:<br>Darien K. Wallace<br>Imperium Patent Works<br>P.O. Box 587<br>Sunol, CA 94586<br>Telephone No: (925) 862-9972    FAX No: | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. District Court, Northern District of California | | | | |
| Plaintiff: Zinus, Inc. | | | | |
| Defendant: Simmons Bedding Company, et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0703012PVT |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case, Complaint; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; Criminal And Civil Law And Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules; Notice Of Assignment To United States Magistrate Judge; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; General Order No. 40 - Prohibition Of Bias; Notice Of Electronic Availability Of Case File Information; General Order No. 53 - Privacy; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process; Adr Certification By Parties And Counsel; Stipulation And [Proposed] Order Selecting Adr Process / Adr Certification; Notice Of Need For Adr Phone Conference / Adr Certification (Blank); Ecf Registration Information Handout; Order Of The Chief Judge  In Re: Electronic Filing In Cases With Unrepresented Parties; General Order No. 45; Order Setting Initial Case Management Conference; Standing Order For All Judges, Contents Of Case Managment Statement; Standing Order Regarding Case Management In Civil Cases; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Thu., Jun. 28, 2007
   b. Place of Mailing:         San Jose, CA  95126
   c. Addressed as follows:     Simmons Bedding Company, a Delaware corporation, by serving Kristen McGuffey,
                                Executive Vice President and General Counsel
                                One Concourse Parkway
                                Suite 800
                                Atlanta, GA  30328

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jun. 28, 2007 in the ordinary course of business.

5. *Person Serving:*                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Kenneth T. Smith                     d. *The Fee for Service was:*    $125.00
   b. Bender's Legal Service               e. I am: (3)  registered California process server
      LRS Investigations, PI 16723             *(i)*    Owner
      1625 The Alameda, Ste. 511               *(ii)*   *Registration No.:*    542
      San Jose, CA  95126                      *(iii)*  *County:*              Santa Clara
   c. 408 286-4182, FAX 408 298-4484           *(iv)*   *Expiration Date:*     Tue, Oct. 02, 2007

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Thu., Jun. 28, 2007