1  DARIEN K. WALLACE (Bar No. 139798)
2  T. LESTER WALLACE (Bar No. 159967)
   IMPERIUM PATENT WORKS
3  P.O. Box 587
   Sunol, California 94586
4  e-mail: Darien@ImperiumPW.com.com
   Telephone:  925-862-9972
5  Facsimile:  925-835-5804

6  Attorneys for Plaintiff
7  ZINUS, INC..

8               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10

11                                    )  Case No.: C07-03012 PVT
   ZINUS, INC., a California          )
12 corporation,                       )  **[PROPOSED] ORDER DENYING**
                         Plaintiff,   )  **DEFENDANTS' MOTION FOR**
13          v.                        )  **ENLARGEMENT OF TIME TO**
                                      )  **RESPOND TO COMPLAINT**
14 SIMMONS BEDDING COMPANY,           )
15 a Delaware corporation, and        )
   DREAMWELL, LTD., a limited         )
16 liability company of Nevada,       )
                         Defendants.  )  The Honorable Patricia V. Trumbull
17 _____)

18

19      On July 10, 2007, defendants Dreamwell, Ltd. and Simmons Bedding Company (collect-

20 ively "Defendants") brought a Motion for Enlargement of Time to Respond to Complaint. The

21 Court has considered Defendants' motion to extend the time to respond to the Complaint.

22      IT IS HEREBY ORDERED that:

23      Defendants' Motion for Enlargement of Time to Respond is DENIED.

24      IT IS SO ORDERED.

25

26 Dated: _____, 2007     _____
                                    The Honorable Patricia V. Trumbull
27                                  United Stated Magistrate Judge

28

[PROPOSED] ORDER DENYING DEFENDANTS'                    Case No. C07-03012 PVT
MOTION FOR ENLARGEMENT OF TIME TO           1
RESPOND TO THE COMPLAINT