# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ZINUS, INC., a California corporation,

                Plaintiff,

V.

SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 03012 PVT

TO: (Name and address of defendant)

Dreamwell, Ltd.
2325-B Renaissance Dr., Suite 15
Las Vegas, Nevada 89119

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Darien K. Wallace, State Bar No. 139798
Imperium Patent Works
P.O. Box 587
Sunol, California 94586
Telephone: (925) 862-9972
darien@ImperiumPW.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 6-11-07

(BY) DEPUTY CLERK

Sandy Morris

## RETURN OF SERVICE

| | |
|---|---|
| Service of this summons and complaint was made by me | DATE  Jun 22 2007 |
| NAME OF SERVER (PRINT)  **MATTHEW BAKER** | TITLE  **PROCESS SERVER LIC# 322** |

*Method of service indicated below*

☒ FAYE MARTIN, OF THE OFFICE OF CORPORATION TRUST COMPANY OF NEVADA, RESIDENT AGENT FOR DREAMWELL, LTD., A LIMITED LIABILITY COMPANY OF NEVADA
6100 NEIL RD STE 500,
RENO, NV 89511

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Statement of Service Fees is true and correct.

Executed on    Jun 29 2007
                      Date                         *Signature of Server*

**185 Martin St., Reno, NV 89509**
*Address of Server*

BEND1 234552

(1) As to Who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ZINUS, INC V. SIMMONS BEDDING COMPANY

C07-03012-PVT

DOCUMENTS:

SUMMONS IN A CIVIL CASE

COMPLAINT FOR DECLARATORY JUDGMENT AND UNFAIR COMPETITION IN VIOLATION OF LANHAM ACT DEMAND FOR JURY TRIAL

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

INDEMNITY ACKNOWLEDGEMENT FORM

WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PRODUCE BEFORE A UNITED STATES MAGISTRATE JUDGE BLANK

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE BLANK

GENERAL ORDER NO 40 PROHIBITION OF BIAS

NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION BLANK

GENERAL ORDER NO 53 PRIVACY

NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS BLANK

WAIVER OF SERVICE OF SUMMONS BLANK

INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELESTION OF AND ADR PROCESS (ADR LOCAL RULE 3-5)

ADR CERTIFICATION BY PARTIES AND COUNSEL BLANK

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

NOTICE OF NEED FOR ADR PHONE CONFERENCE BLANK

ECF REGISTRATION INFORMATION HANDOUT

ORDER OF THE CHIEF JUDGE

GENERAL ORDER NO 45 ELECTRONIC CASE FILING

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL