1  KENNETH B. WILSON, State Bar No. 130009
      kwilson@perkinscoie.com
2  DIETER H. HELLMOLDT, State Bar No. 221498
      dhellmoldt@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, California 94111-4131
   Telephone:   (415) 344-7000
5  Facsimile:   (415) 344-7050

6  Attorneys for Defendants
   SIMMONS BEDDING COMPANY
7  and DREAMWELL, LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SIMMONS BEDDING COMPANY, an Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada <br><br> Defendants. | CASE NO. 07-CV-03012-PVT <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT** <br><br> The Honorable Patricia V. Trumbull |

After considering the materials presented to the Court in connection with defendants Simmons Bedding Company and Dreamwell, Ltd.'s (collectively referred to as "Defendants") Motion for Enlargement of Time to Respond to Complaint, and good cause appearing:

IT IS HEREBY ORDERED that Defendants' motion is granted. Defendants shall have until August 8, 2007 to file a response to plaintiff's Complaint.

Dated: July 11, 2007

_/s/ Patricia V. Trumbull_
Patricia V. Trumbull
United States Magistrate Judge

ORDER GRANTING DEFENDANTS' MOTION FOR
ENLARGEMENT OF TIME
CASE NO. 07-CV-03012-PVT
91004-0014/LEGAL13385951.1