1  IMPERIUM PATENT WORKS
   DARIEN K. WALLACE (Bar No. 139798)
2  T. LESTER WALLACE (Bar No. 159967)
   P.O. Box 587
3  Sunol, California 94586
   e-mail: Darien@ImperiumPW.com
4  Telephone:  925-862-9972
   Facsimile:  925-835-5804
5

6  Attorneys for Plaintiff
   ZINUS, INC.
7

8              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
9               SAN JOSE DIVISION

10

11                              )   Case No.: C07-03012 PVT
    ZINUS, INC.,                 )
12                 Plaintiff,    )   **CONSENT TO PROCEED BEFORE**
                   v.            )   **A UNITED STATES MAGISTRATE**
13                              )   **JUDGE**
    SIMMONS BEDDING COMPANY,     )
14  ET AL                        )
                                 )   The Honorable Patricia V. Trumbull
15                 Defendants.   )
16  _____ )

17

18       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

20  party in the above-captioned civil matter hereby voluntarily consents to have a United States

21  Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

22  the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United

23  States Court of Appeals for the Ninth Circuit.

24

25  Dated:  August 7, 2007              By:     /s/ Darien K. Wallace

26                                            Darien K. Wallace
                                          IMPERIUM PATENT WORKS
27                                        Attorneys for Plaintiff
                                          ZINUS, INC.
28

CONSENT TO PROCEED BEFORE A                              Case No. C07-03012 PVT
UNITED STATES MAGISTRATE JUDGE