Kenneth B. Wilson, Bar No. 130009
KWilson@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
SIMMONS BEDDING COMPANY and
Defendant and Counterclaimant
DREAMWELL, LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>Defendants. | Case No. 07-CV-03012-PVT<br><br>**DECLARATION OF CLARA DeQUICK IN SUPPORT OF SIMMONS' MOTION TO DISMISS**<br><br>Date: October 9, 2007<br>Time: 10:00 a.m.<br>Before: The Honorable Patricia V. Trumbull<br>Location: Courtroom 5 |
| AND RELATED COUNTERCLAIMS | |

I, Clara DeQuick, declare:

1. I am employed as Corporate Counsel for defendant Simmons Bedding Company ("Simmons"). I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. Simmons is a Delaware corporation with its principal place of business in Atlanta, Georgia.

DECLARATION OF CLARA DEQUICK IN SUPPORT OF MOTION TO DISMISS
Case No. 07-CV-03012-PVT
65839-0001/LEGAL13455972.1

3. Defendant Dreamwell Ltd. is a wholly owned subsidiary of Simmons. Dreamwell is also the sole assignee of U.S. Patent No. Re. 36,142 (the "'142 Patent"), the patent at issue in this lawsuit.

4. Simmons is neither an assignee nor a license of the '142 Patent, and has no right to assert the patent in litigation against Zinus or anyone else.

5. I am familiar with the cease and desist letters that are attached as Exhibits to the Complaint, and am aware that in those letters, Dreamwell's outside counsel referred to Simmons as a licensee of the '142 Patent (although not an exclusive licensee). That reference was inaccurate; Simmons is not a licensee under the '142 Patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of August, 2007 at Atlanta, Georgia.

_____/s/_____
Clara DeQuick

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kenneth B. Wilson, hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 24, 2007 in San Francisco, California.

_____/s/_____
Kenneth B. Wilson