Kenneth B. Wilson, Bar No. 130009
KWilson@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant
DREAMWELL, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>Defendants. | Case No. 07-CV-03012-PVT<br><br>**CERTIFICATION OF INTERESTED PARTIES** |
| AND RELATED COUNTERCLAIMS | |

Pursuant to Civil L.R. 3-16, defendants Simmons Bedding Company ("Simmons") and Dreamwell, Ltd. ("Dreamwell") hereby certify that the following are the persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the parties to have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of

CERTIFICATION OF INTERESTED PARTIES
Case No. 07-CV-03012-PVT
65839-0001/LEGAL13501996.1

interest that could be substantially affected by the outcome of the proceeding: THL-SC Bedding Company.

Dated: August 24, 2007

**PERKINS COIE LLP**

By: _____/s/_____
Kenneth B. Wilson

Attorneys for Defendants
SIMMONS BEDDING COMPANY
and DREAMWELL, LTD.