1  Kenneth B. Wilson, Bar No. 130009
   KWilson@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  Attorneys for Defendant
   SIMMONS BEDDING COMPANY
6  and Defendant and Counterclaimant
   DREAMWELL, LTD.
7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | ZINUS, INC., a California corporation, | Case No. 07-CV-03012-PVT

13 |              Plaintiff,                | **[PROPOSED]**
                                            | **ORDER GRANTING SIMMONS' MOTION**
14 | v.                                     | **TO DISMISS**

15 | SIMMONS BEDDING COMPANY, a            | Date:     October 9, 2007
   | Delaware corporation, and DREAMWELL,   | Time:     10:00 a.m.
16 | LTD., a limited liability company of   | Before:   The Honorable Patricia V. Trumbull
   | Nevada,                                | Location: Courtroom 5
17
                  Defendants.
18

19 | AND RELATED COUNTERCLAIMS

20

21       On October 9, 2007, defendant Simmons Bedding Company's ("Simmons") Motion to

22 Dismiss was heard in this Court before the Honorable Magistrate Judge Patricia V. Trumbull.

23 After considering the materials and oral argument presented to the Court, and good cause

24 appearing:

25       IT IS HEREBY ORDERED that Simmons's motion is granted. Zinus's Amended

26 Complaint is hereby dismissed with prejudice to the extent it is directed at Simmons, with the

27

28

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
CASE NO. 07-CV-03012-PVT
65839-0001/LEGAL13502637.1

1 | exception of the Fourth Cause of Action for Breach of Contract, which is dismissed with leave to
2 | amend.
3
4 | Dated: _____
5
     _____
     The Honorable Patricia V. Trumbull
6    United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOTION TO
DISMISS                                                     -2-
CASE NO. 07-CV-03012-PVT