IMPERIUM PATENT WORKS
DARIEN K. WALLACE (Bar No. 139798)
T. LESTER WALLACE (Bar No. 159967)
P.O. Box 587
Sunol, California 94586
e-mail: Darien@ImperiumPW.com
Telephone:  925-862-9972
Facsimile:   925-835-5804

Attorneys for Plaintiff
ZINUS, INC.

KENNETH B. WILSON (Bar No. 130009)
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
e-mail: KWilson@perkinscoie.com
Telephone:     (415) 344-7000
Facsimile:      (415) 344-7050

Attorneys for Defendnat
SIMMONS BEDDING COMPANY
and Defendnat and Counterclaimant
DREAMWELL, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC., a California corporation,<br>　　　　　Plaintiff,<br>　　　v.<br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br>　　　　　Defendants.<br><br>DREAMWELL, LTD., a limited liability company of Nevada,<br>　　　　　Counterclaimant,<br>　　　v.<br>ZINUS, INC., a California corporation,<br>　　　　　Counterclaim Defendant. | Case No.: 07-CV-03012 PVT<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE [ADR L.R. 3-5]**<br><br><br><br><br><br><br><br>The Honorable Patricia V. Trumbull |

　　　Counsel report that they have met and conferred regarding ADR and that they have not yet reached an agreement to an ADR process.  The date of the Initial Case Management Conference is September 18, 2007.  The following counsel will participate in the ADR phone

conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Darien K. Wallace | Zinus, Inc. | (925) 550-5067 | darien@Imperiumpw.com |
| Kenneth B. Wilson | Simmons Bedding Company | (415) 344-7000 | kwilson@perkinscoie.com |
| Kenneth B. Wilson | Dreamwell, Ltd. | (415) 344-7000 | kwilson@perkinscoie.com |

Dated: August 27, 2007        By:     /s/ Darien K. Wallace
                                      IMPERIUM PATENT WORKS
                                      Attorneys for plaintiff and counterclaim
                                      defendant ZINUS, INC.


                                      PERKINS COIE LLP

Dated: August 27, 2007        By:     /s/ Kenneth B. Wilson
                                      Kenneth B. Wilson
                                      Attorneys for defendant SIMMONS
                                      BEDDING COMPANY and defendant
                                      and counterclaimant DREAMWELL, LTD.


### ATTESTATION OF CONCURRENCE IN FILING

The undersigned declares that concurrence in the filing of this document has been obtained from Kenneth B. Wilson.


Dated: August 27, 2007        By:     /s/ Darien K. Wallace
                                      IMPERIUM PATENT WORKS
                                      Attorneys for plaintiff and counterclaim
                                      defendant ZINUS, INC.