IMPERIUM PATENT WORKS
DARIEN K. WALLACE (Bar No. 139798)
T. LESTER WALLACE (Bar No. 159967)
P.O. Box 587
Sunol, California 94586
e-mail: Darien@ImperiumPW.com
Telephone:   925-862-9972
Facsimile:   925-835-5804

Attorneys for Plaintiff
ZINUS, INC.

KENNETH B. WILSON (Bar No. 130009)
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
e-mail: KWilson@perkinscoie.com
Telephone:    (415) 344-7000
Facsimile:    (415) 344-7050

Attorneys for Defendnat
SIMMONS BEDDING COMPANY
and Defendnat and Counterclaimant
DREAMWELL, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC., a California corporation,<br>            Plaintiff,<br>    v.<br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br>            Defendants.<br><br>DREAMWELL, LTD., a limited liability company of Nevada,<br>            Counterclaimant,<br>    v.<br>ZINUS, INC., a California corporation,<br>            Counterclaim Defendant. | Case No.: 07-CV-03012 PVT<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br>**[ADR L.R. 3-5]**<br><br><br><br><br><br>The Honorable Patricia V. Trumbull |

Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies

that he has (1) read the handbook entitled "Dispute Resolution Procedures in the Northern

District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) discussed the available dispute resolution options provided by the Court and private entities; and (3) considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 27, 2007

By: Scott Reeves
Title: President, ZINUS, INC.,
plaintiff and counterclaim defendant

Dated: August 27, 2007

/s/ Darien K. Wallace
Darien K. Wallace
Counsel for plaintiff and counterclaim defendant
ZINUS, INC.