Kenneth B. Wilson, Bar No. 130009
KWilson@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant
DREAMWELL, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC. a California Corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>                Defendants. | Case No. 07-CV-03012-PVT<br><br>**ADR CERTIFICATION BY DEFENDANT PARTIES AND COUNSEL** |
| AND RELATED COUNTERCLAIMS | |

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

ADR CERTIFICATION BY PARTIES AND COUNSEL
Case No. 07-CV-03012-PVT
65839-0001/LEGAL13511078.1

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 28, 2007

**SIMMONS BEDDING COMPANY**

By:    /s/   
    Clara DeQuick

Dated: August 28, 2007

**DREAMWELL, LTD.**

By:    /s/   
    David A. Liskow

Dated: August 28, 2007

**PERKINS COIE** LLP

By:    /s/   
    Kenneth B. Wilson

Attorneys for Defendant SIMMONS BEDDING COMPANY and Counterclaimant DREAMWELL, LTD.