1  Kenneth B. Wilson, Calif. Bar No. 130009
   KWilson@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  Attorneys for Defendant
   SIMMONS BEDDING COMPANY
6  and Defendant and Counterclaimant DREAMWELL, LTD.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | ZINUS, INC. a California Corporation, | Case No. 07-CV-03012-PVT |
13 | Plaintiff, | **DEFENDANTS' CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE** |
14 | v. | |
15 | SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada, | |
16 | | |
17 | | |
18 | Defendants. | |
19 | AND RELATED COUNTERCLAIMS | |

20

21

22      In accordance with the provisions of Title 28, U.S.C. Section 636(c), defendant Simmons

23 Bedding Company and defendant and counterclaimant Dreamwell, Ltd. hereby voluntarily

24 consent to have a United States Magistrate Judge conduct any and all further proceedings in the

25 case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be

26 taken directly to the United States Court of Appeals for the Ninth Circuit.

27

28

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE
Case No. 07-CV-03012-PVT
65839-0001/LEGAL13533601.1

Dated: September 5, 2007             **PERKINS COIE** LLP

By: _____/s/_____
       Kenneth B. Wilson

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant
DREAMWELL, LTD.

2

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE
Case No. 07-CV-03012-PVT
65839-0001/LEGAL13533601.1