IMPERIUM PATENT WORKS
DARIEN K. WALLACE (State Bar No. 139798)
T. LESTER WALLACE (State Bar No. 159967)
P.O. Box 587
Sunol, California 94586
e-mail: Darien@ImperiumPW.com
Telephone:  925-862-9972
Facsimile:   925-835-5804

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC., a California corporation,<br><br>        Plaintiff,<br>   v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-03012 PVT<br><br>**[PROPOSED]**<br>**ORDER DENYING DEFENDANT**<br>**SIMMONS' MOTION TO DISMISS**<br><br>Date:       October 9, 2007<br>Time:      10:00 a.m.<br>Location:  Courtroom 5<br>Judge:    Hon. Patricia V. Trumbull |

On October 9, 2007, defendant Simmons Bedding Company's ("Simmons") Motion to Dismiss was heard in this Court before the Honorable Magistrate Judge Patricia V. Trumbull. The Court, having read and considered all moving, opposition and reply papers and supporting documents filed herein, and having heard the arguments of counsel, hereby orders that defendant Simmons' Motion To Dismiss is DENIED.

     IT IS SO ORDERED.


Dated: _____     _____
                                                           The Honorable Patricia V. Trumbull
                                                           United Stated Magistrate Judge