**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ZINUS,

    *Plaintiff(s),*

vs.

SIMMONS BEDDING COMPANY, ET AL.,

    *Defendant(s).*

C 07-3012 PVT

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

    Please take notice that the Case Management Conference previously scheduled for September 18, 2007 has been rescheduled for **October 9, 2007 at 10:00 a.m.** before Magistrate Patricia V. Trumbull. Parties are to file a Joint Case Management Conference on or before October 2, 2007. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: September 18, 2007

/s/ Corinne Lew
_____
Corinne Lew
DEPUTY CLERK