**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ZINUS,

   *Plaintiff(s)*,

vs.

SIMMONS BEDDING COMPANY, ET AL.,

   *Defendant(s)*.

C 07-3012 PVT

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

  Please take notice that the Case Management Conference previously scheduled for October 9, 2007 has been rescheduled for **September 18, 2007 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: September 18, 2007

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK