UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 9/18/07

Court Reporter: FTR              Clerk: C. Lew

Case No: C 07-3012 PVT           Case Title:    Zinus vs. Simmons Bedding Company, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Darien Wallace<br>Lester Wallace | Ken Wilson |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial        [ ] Status      [ ] Discovery

                        [ ] Settlement     [ ] Final

                        [ ] Other          **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted              [ ] Submitted              [ ] Settled

[ ] Denied               [ ] Briefs to be filed     [ ] Not Settled

[ ] Granted in part, denied in part                 [ ] Off Calendar

[ X ] Markman Hearing set for 4/7/08 at 9:00 a.m.; Court ordered parties to follow-up on Court Mediation Issue; Defendant's Motion to Dismiss set for 10/9/07 has been rescheduled to 10/16/07 at 10:00 a.m.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff      [ ] Defendant      [ X ] Court      [ ] Court w/opinion