1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12   ZINUS INC., a California Corporation,    )    Case No.: C 07- 3012  PVT
                          Plaintiff,          )
13                                            )    **ORDER AFTER CASE**
              v.                              )    **MANAGEMENT CONFERENCE**
14                                            )
     SIMMONS BEDDING CO, a Delaware           )
15   Corporation, and DREAMWELL, LTD, a       )
     limited liability company of Nevada      )
16                          Defendants.       )
     _____)
17                                            )
      DREAMWELL, LTD, a limited liability     )
18   company of Nevada                        )
                          Counterclaimant     )
19                                            )
              v.                              )
20                                            )
     ZINUS INC., a California Corporation,    )
21                     Counterclaim Defendant )
     _____)
22

23        On September 18, 2007, the parties appeared before Magistrate Judge Patricia V.

24   Trumbull for a Case Management Conference.  It became clear to the Court that some

25   preliminary motions work is appropriate before scheduling the normal patent case dates.

26        The Defendants have already filed a motion to dismiss, currently set for hearing on

27   October 9, 2007.  The Plaintiffs have yet to oppose that motion.  The Defendants have also

28   requested to file another motion for early hearing concerning what they believe to be a non-

ORDER, *page 1*

1  infringing product.

2          The Court agrees that the early hearing of these two motions will benefit the progress of

3  this case.  Thus, IT IS HEREBY ORDERED that:

4          1.    Defendants' currently pending motion to dismiss shall be heard on

5                October 16, 2007 at 10:00 a.m.;

6          2.    Defendants' anticipated second motion shall be filed prior to October 16,

7                2007 hearing date in order to allow the parties to discuss, and the court to

8                set, dates for opposition, reply and hearing of that motion;

9          3.    A Further Case Management Conference, and all other dates shall be set

10               after the hearing on October 16, 2007; and

11         4.    The deadline for serving Preliminary Infringement Contentions under

12               Patent Local Rule 3-1 shall not begin to run until after the Further Case

13               Management Conference is held.

14

15 Dated: September   19,    2007

16                                                    _____
                                                     PATRICIA V. TRUMBULL
17                                                   United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*