IMPERIUM PATENT WORKS
DARIEN K. WALLACE (State Bar No. 139798)
T. LESTER WALLACE (State Bar No. 159967)
P.O. Box 587
Sunol, California 94586
e-mail: Darien@ImperiumPW.com
Telephone: 925-862-9972
Facsimile: 925-835-5804

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC., a California corporation,<br><br>    Plaintiff,<br>  v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>    Defendants. | Case No. 07-CV-03012 PVT<br><br>**DECLARATION OF SCOTT REEVES IN SUPPORT OF ZINUS, INC.'S MOTION FOR SUMMARY ADJUDICATION OF NON-INFRINGEMENT** |
| DREAMWELL, LTD., a limited liability company of Nevada,<br><br>    Counterclaimant,<br>  v.<br><br>ZINUS, INC., a California corporation,<br><br>    Counterdefendant. | |

I, Scott Reeves, declare:

1. My name is Scott Reeves. I am the President of plaintiff and counterdefendant ZINUS, INC. ("Zinus"). I have personal knowledge of the matters set forth herein and, if called upon to testify, could competently testify thereto.

2. On August 7, 2007, I personally directed and oversaw the making of one unit of a "Mattress-in-a-Box Swirl Wrap" product ("Swirl Wrap product") in Pleasanton, California. The Swirl Wrap product was made using a method that I will refer to in this declaration as the "Swirl Wrap packaging method". The various steps in the Swirl Wrap packaging method are set forth below in paragraphs 3 through 10.

3. First, an inner spring mattress is placed in a sheath of flexible plastic sheeting material. The sheath has a sandwich-bag, pocket shape. One side of the sheath is open, and it is through this open side that the inner spring mattress is inserted.

4. After the mattress has been inserted into the sheath, the mattress/sheath assembly is placed between two plates of a mechanical press. The two plates are then forced toward each other, thereby compressing the mattress within the plastic sheath. No vacuum equipment is used. An evacuation of air does not cause the mattress to compress. Rather the mattress is mechanically compressed between the two plates, and this compression forces air out of the mattress. Escaping air flows out of the sheath through the open side.

5. Next, the open side of the sheath is sealed such that the flattened and compressed mattress is sealed inside the sheath.

6. Next, the two plates of the press are opened and the flattened mattress in its sheath is removed from the press.

7. Next, the flattened mattress in its sheath is placed on a rectangular sheet of colored flexible film. The film is not a sleeve, but rather is a rectangular sheet.

8. Next, the compressed mattress within its sheath and the flexible film are rolled together to form a cylindrical rolled-up mattress assembly. Attached as Exhibits R-A through R-D are true and correct copies of photographs of a compressed mattress and a flexible film being rolled together to to form the cylindrical rolled-up mattress assembly of

DECL. OF SCOTT REEVES IN SUPPORT OF
ZINUS, INC.'S MOTION FOR SUMMARY
ADJUDICATION OF NON-INFRINGEMENT

2

Case No. C07-03012 PVT

the particular unit of the Swirl Wrap product mentioned above in paragraph 2. Exhibit R-A shows the flexible film before it is rolled together with a compressed mattress.

9. Next, ribbon-shaped bands are wrapped circumferentially around the rolled-up mattress assembly to hold the roll in place. In one example, the ribbon-shaped bands are strips of adhesive tape. In another example, the ribbon-shaped strips are strips of durable plastic stripping. In the case of the unit of the "Mattress-in-a-Box Swirl Wrap" product of which I oversaw the making in Pleasanton, California, the ribbon-shaped bands were strips of adhesive tape. Attached as Exhibit R-E is a true and correct copy of a photograph of the cylindrical rolled-up mattress assembly of the Swirl Wrap product mentioned above in paragraph 2. The colored flexible film appears as a swirl at the ends of the cylinder. Exhibit R-E shows the three strips of adhesive tape that are wrapped circumferentially around the the Swirl Wrap product mentioned above in paragraph 2.

10. The banded and rolled-up mattress assembly is then placed into a cardboard packing box. Attached as Exhibit R-F is a true and correct copy of a photograph of the cardboard packing box into which the cylindrical rolled-up mattress assembly standing to its right is placed. At no time in the Swirl Wrap packaging method is the rolled-up mattress assembly inserted into any structure other than the cardboard box. Once the banded and rolled-up mattress assembly is in the cardboard box, the open panels of the cardboard box are taped closed. Attached as Exhibit R-G is a true and correct copy of a photograph of the cylindrical rolled-up mattress assembly placed in a cardboard box before the open panels of the cardboard box are taped closed. Attached as Exhibit R-H is a true and correct copy of a photograph of the Swirl Wrap product mentioned above in paragraph 2 after the panels of the cardboard box are taped closed.

11. The one particular unit of the Swirl Wrap product mentioned above in paragraph 2 and depicted in Exhibits R-A through R-H is presently in Zinus' offices in Pleasanton, California.

12. In the Swirl Wrap packaging method described above in paragraphs 3 through 10, the rolled-up mattress assembly is not "inserted into" the ribbon-shaped bands. In the case of the ribbon-shaped bands being adhesive tape, the adhesive tape adheres to the outside of the rolled-up mattress assembly as the tape is applied. It is impossible for the rolled-up mattress assembly to be "inserted into" the bands of adhesive tape. In the case of the ribbon-shaped bands being bands of durable plastic stripping, the bands are wrapped around the rolled-up mattress assembly such that there is significant frictional force between the rolled-up mattress assembly that is attempting to expand against the restraining bands. The rolled-up mattress assembly cannot and does not slide "into" the bands or slide with respect to the bands.

13. There are what I will refer to as two "cases" of the Swirl Wrap packaging method. In the first case, all the steps of the Swirl Wrap packaging method set forth above in paragraphs 3 through 10 occur outside the United States, and the resulting Swirl Wrap product is then shipped into the United States. In the second case, the initial compression step occurs outside the United States, whereas the following packaging steps occur in the United States. In both cases, the resulting Swirl Wrap product is present in the United States. The one particular unit of the Swirl Wrap product mentioned above in paragraph 2 that is in my office in Pleasanton, California, was made using the second case of the Swirl Wrap packaging method.

14. Zinus has made many units of the Swirl Wrap product using both cases of the Swirl Wrap packaging method. Many units of the Swirl Wrap product made using both cases of the Swirl Wrap packaging method have been supplied by Zinus to Wal-Mart Stores Inc. as samples in an attempt to get Wal-Mart Stores Inc. to order and buy large volumes of the Swirl Wrap product. I am currently attempting to sell the Swirl Wrap product in the United States, where the Swirl Wrap product is made using the Swirl Wrap packaging method.

15. On August 7, 2007, Zinus Inc.'s attorney, Mr. Darien Wallace, sent Simmons' attorney, Mr. Kenneth Wilson, a letter that details the making of the

1 particular unit of the Swirl Wrap product mentioned in paragraph 2 above. A copy of the letter is attached as Exhibit W-C. The August 7, 2007, letter included the photographs of Exhibits R-A through R-H that depict the various steps in the carrying out of the Swirl Wrap packaging method and the resulting Swirl Wrap product.

16. Subsequent to the making of the Swirl Wrap product pictured in the letter of August 7, 2007, Zinus has at my request made numerous units of the Swirl Wrap product in Zinus' factory in China using the Swirl Wrap packaging method set forth above in paragraphs 3 through 10 of this declaration, and Zinus has then shipped those units into the United States. Several of those units have been supplied to Wal-Mart Stores Inc. as samples as part of my attempt to get Wal-Mart to purchase large quantities of the Swirl Wrap product. In some units, the ribbon-shaped bands are adhesive tape. In other units, the ribbon-shaped bands are bands of durable plastic tape.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 29th day of September 2007 in Pleasanton, California.

_Scott Reeves_
President
Zinus, Inc.

DECL. OF SCOTT REEVES IN SUPPORT OF
ZINUS, INC.'S MOTION FOR SUMMARY
ADJUDICATION OF NON-INFRINGEMENT

5

Case No. C07-03012 PVT