# EXHIBIT R-A



FIGURE 1

# EXHIBIT R-B



FIGURE 2

# EXHIBIT R-C



FIGURE 3

# EXHIBIT R-D



FIGURE 4

# EXHIBIT R-E

FIGURE 5

# EXHIBIT R-F



FIGURE 6