1  IMPERIUM PATENT WORKS
   DARIEN K. WALLACE (State Bar No. 139798)
2  T. LESTER WALLACE (State Bar No. 159967)
   P.O. Box 587
3  Sunol, California 94586
   e-mail: Darien@ImperiumPW.com
4  Telephone: 925-862-9972
5  Facsimile:  925-835-5804

6  Attorneys for Plaintiff and Counterdefendant
7  ZINUS, INC.

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                         SAN JOSE DIVISION

10

11 | ZINUS, INC., a California corporation, | Case No. 07-CV-03012 PVT |
12 | Plaintiff, v. | **DECLARATION OF DARIEN K. WALLACE IN SUPPORT OF ZINUS, INC.'S MOTION FOR SUMMARY ADJUDICATION OF NON-INFRINGEMENT** |
13 | SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada, | |
14 | | |
15 | | |
16 | Defendants. | |
17 | DREAMWELL, LTD., a limited liability company of Nevada, | |
18 | Counterclaimant, v. | |
19 | | |
20 | ZINUS, INC., a California corporation, | |
21 | Counterdefendant. | |

22
23
24
25
26
27
28

I, Darien K. Wallace, declare:

1. I am member of the Bar of this Court and an attorney with the law firm of Imperium Patent Works, counsel of record for plaintiff and counterdefendant ZINUS, INC. ("Zinus") in this case. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. Attached hereto as <u>Exhibit W-A</u> is a true and correct copy of U.S. Patent No. 4,711,067, which issued to Giuliano Magni on December 8, 1987, from application serial number 06/724,034, filed on April 16, 1985. Application serial number 08/724,034 in turn was a continuation-in-part application of parent application serial number 06/576,709 filed on February 3, 1984, now abandoned.

3. On June 11, 2007, Zinus brought the present legal action seeking, among other things, a declaratory judgment of non-infringement of U.S. Patent No. Re. 36,142 ("the '142 Patent"). The '142 Patent issued from reissue application serial number 08/919,655 filed on August 28, 1997. The '142 Patent is a reissue of U.S. Patent No. 5,622,030, which issued on April 22, 1997, from application serial number 08/416,065 filed on April 4, 1995. In the prosecution of application serial number 08/416,065, the applicants responded to an Office action mail on August 14, 1995, with an amendment mailed on January 16, 1996. Attached hereto as <u>Exhibit W-B</u> is a true and correct copy of the amendment mailed on January 16, 1996, by applicants in the prosecution of application serial number 08/416,065.

4. On August 7, 2007, I sent a letter to Ken Wilson, counsel for Dreamwell and Simmons, explaining that a particular unit of the Swirl Wrap product was made in the United States using the Swirl Wrap packaging method. The August 7, 2007, letter included eight photographs depicting the various steps in performing the Swirl Wrap packaging method and the resulting Swirl Wrap product. Attached hereto as <u>Exhibit W-C</u> is a true and correct copy of the letter I sent to Ken Wilson on August 7, 2007.

5. <u>Exhibit W-D</u> to this declaration is a certified copy of United States reissue application serial number 08/919,655, which was filed on August 28, 1997, and issued as U.S. Patent No. Re. 36, 142 (the '142 Patent) on March 16, 1999. Application serial number

1  08/919,655 is a reissue application of U.S. Patent No. 5,622,030, which issued on April 22,
2  1997, from application serial number 08/694,803, filed on August 9, 1996.  Exhibit W-D is
3  not attached, but rather is being filed in paper form only as indicated in a Manual Filing
4  Notification that accompanies this declaration.

5       6. Exhibit W-E to this declaration is a certified copy of United States application
6  serial number 08/694,803, filed on August 9, 1996, which is a continuation application of
7  application serical number 08/416,065, filed on April 4, 1995.  Exhibit W-E is not attached,
8  but rather is being filed in paper form only as indicated in a Manual Filing Notification that
9  accompanies this declaration.

10       7. Exhibit W-F to this declaration is a certified copy of United States application
11  serial number 08/416,065, filed on April 4, 1995.  Exhibit W-F is not attached, but rather is
12  being filed in paper form only as indicated in a Manual Filing Notification that accompanies
13  this declaration.

14       I declare under penalty of perjury under the laws of the United States of America that
15  the forgoing is true and correct.

16       Executed this 2nd day of October 2007 in Sunol, California.

18                                 /s/
19                            Darien K. Wallace