1  IMPERIUM PATENT WORKS
2  DARIEN K. WALLACE (State Bar No. 139798)
   T. LESTER WALLACE (State Bar No. 159967)
3  P.O. Box 587
   Sunol, California 94586
4  e-mail: Darien@ImperiumPW.com
   Telephone:  925-862-9972
5  Facsimile:  925-835-5804

6  Attorneys for Plaintiff and Counterdefendant
7  ZINUS, INC.

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10

11 ZINUS, INC., a California corporation,

12             Plaintiff,                   Case No. 07-CV-03012 PVT
               v.
13                                          **[PROPOSED] ORDER GRANTING
   SIMMONS BEDDING COMPANY, a              ZINUS, INC.'S MOTION FOR
14 Delaware corporation, and DREAMWELL,     SUMMARY ADJUDICATION
   LTD., a limited liability company of    OF NON-INFRINGEMENT**
15 Nevada,
                                            The Honorable Patricia V. Trumbull
16             Defendants.

17 AND RELATED COUNTERCLAIMS

18

19     After having considered the motion, the papers filed in support of and in opposition to

20 the motion, and having heard the arguments of the parties' counsel, the Court finds that the

21 Swirl Wrap packaging method as defined in Zinus' Memorandum of Points and Authorities

22 and in the accompanying declaration of Scott Reeves does not fall within the scope of any

23 claim of U.S. Patent No. Re. 36,142, either literally or under the doctrine of equivalents.

24     IT IS HEREBY ORDERED that the Motion for Summary Adjudication of Non-

25 Infringement brought by plaintiff and counterdefendant Zinus, Inc. is GRANTED.

26

27 Dated: _____, 2007      _____
                                     The Honorable Patricia V. Trumbull
28                                   United States Magistrate Judge

[PROPOSED] ORDER GRANTING ZINUS,                              Case No. C07-03012 PVT
INC.'S MOTION FOR SUMMARY
ADJUDICATION OF NON-INFRINGEMENT