IMPERIUM PATENT WORKS
DARIEN K. WALLACE (State Bar No. 139798)
T. LESTER WALLACE (State Bar No. 159967)
P.O. Box 587
Sunol, California 94586
e-mail: Darien@ImperiumPW.com
Telephone:  925-862-9972
Facsimile:   925-835-5804

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC., a California corporation,<br><br>            Plaintiff,<br>    v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-03012 PVT<br><br>**NOTICE OF MANUAL FILING OF EXHIBIT W-D TO THE DECLARATION OF DARIEN K. WALLACE IN SUPPORT OF ZINUS, INC.'S MOTION FOR SUMMARY ADJUDICATION OF NON-INFRINGEMENT** |

**MANUAL FILING NOTIFICATION**

Regarding: Exhibit W-D to the Declaration of Darien K. Wallace

This filing is in paper or physical form only, and has been lodged in a sealed envelope with the Clerk's Office. If you are a participant on this case, this filing will be served in hard-copy shortly.

This filing was not efiled for the following reason(s):

\_\_\_\_\_  Voluminous Document (PDF file size larger than the efiling allowances)

\_\_\_\_\_  Unable to Scan Documents

\_\_X\_\_  Physical Object (description): bound, certified copy of United States reissue application serial number 08/919,655, with seal (241 pages).

\_\_\_\_\_  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_\_\_  Item Under Seal

\_\_\_\_\_  Conformance with the Judicial Conference Privacy Policy (General Order 53).

\_\_\_\_\_  Other (description): _____

Dated: October 2, 2007                By: _____/s/_____

Darien K. Wallace
IMPERIUM PATENT WORKS
Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.