1  IMPERIUM PATENT WORKS
   DARIEN K. WALLACE (State Bar No. 139798)
2  T. LESTER WALLACE (State Bar No. 159967)
   P.O. Box 587
3  Sunol, California 94586
   e-mail: Darien@ImperiumPW.com
4  Telephone:  925-862-9972
5  Facsimile:   925-835-5804

6
   Attorneys for Plaintiff and Counterdefendant
7  ZINUS, INC.

8                 UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
9                       SAN JOSE DIVISION

10

11 ZINUS, INC., a California corporation,

12         Plaintiff,                           Case No. 07-CV-03012 PVT
           v.
13                                              **NOTICE OF MANUAL FILING
   SIMMONS BEDDING COMPANY, a                   OF EXHIBIT W-E TO THE
14 Delaware corporation, and DREAMWELL,         DECLARATION OF DARIEN K.
   LTD., a limited liability company of         WALLACE IN SUPPORT OF
15 Nevada,                                      ZINUS, INC.'S MOTION FOR
                                                SUMMARY ADJUDICATION OF
16         Defendants.                          NON-INFRINGEMENT**

17 AND RELATED COUNTERCLAIMS

18

19

20

21

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION OF                                    Case No. C07-03012 PVT
EXHIBIT W-E TO DECL. OF DARIEN WALLACE
IN SUPPORT OF ZINUS, INC.'S  MOTION FOR          1
SUMMARY ADJUDICATION OF NON-INFRINGEMENT

**MANUAL FILING NOTIFICATION**

Regarding: Exhibit W-E to the Declaration of Darien K. Wallace

This filing is in paper or physical form only, and has been lodged in a sealed envelope with the Clerk's Office. If you are a participant on this case, this filing will be served in hard-copy shortly.

This filing was not efiled for the following reason(s):

\_\_\_\_\_ Voluminous Document (PDF file size larger than the efiling allowances)

\_\_\_\_\_ Unable to Scan Documents

  X   Physical Object (description): bound, certified copy of United States patent application serial number 08/694,803, with seal (104 pages).

\_\_\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_\_\_ Item Under Seal

\_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53).

\_\_\_\_\_ Other (description): _____

Dated: October 2, 2007            By:  _____/s/_____

                Darien K. Wallace
                IMPERIUM PATENT WORKS
                Attorneys for Plaintiff and Counterdefendant
                ZINUS, INC.