IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZINUS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIMMONS BEDDING COMPANY,<br><br>　　　　Defendant. | CASE NO.: C 07-3012 PVT<br><br>**CLERK'S NOTICE CONTINUING MOTION TO DISMISS** |

　　　PLEASE TAKE NOTICE that Plaintiff's Motion to Dismiss in the above-entitled matter which was previously set for October 16, 2007 has been continued to **October 30, 2007 at 10:00 am** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: October 3, 2007

　　　　　　　　　　　　　　　　　　　　BY: /s/ Corinne Lew
　　　　　　　　　　　　　　　　　　　　　　　Corinne Lew
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy