1
2
3
4
5
6
7                        IN THE UNITED STATES DISTRICT COURT
8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   ZINUS, INC.
                                              CASE NO.: C 07-3012 PVT
11              Plaintiff,
                                              **CLERK'S NOTICE RESETTING THE
12        v.                                  TIME OF THE MOTION TO DISMISS**
13   SIMMONS BEDDING COMPANY ET AL.,
14              Defendant.
15
16
17        PLEASE TAKE NOTICE that Defendant Simmons' Motion to Dismiss in the above-entitled

18   matter which has been set for October 30, 2007 @ 10:00 a.m., the time has been **RESET** to **11:00**

19   **a.m.** on October 30, 2007 before Magistrate Patricia V. Trumbull.

20        Parties are to appear in courtroom #5, 4th floor of the U.S. Courthouse, 280 South First Street,

21   San Jose, California.

22

23   DATED:  October 26, 2007

24                                      BY: /s/Corinne Lew
                                            Corinne Lew
25                                          Courtroom Deputy for
                                            Magistrate Patricia V. Trumbull
26
27
28