UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: 10/30/07

COURT REPORTER: FTR                Clerk: Corinne Lew

Case No: C 07-3012 PVT             Case Title: Zinus, Inc. vs. Simmons Bedding Company, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Lester Wallace | Kenneth Wilson |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status    [ ] Discovery

                        [ ] Settlement   [ ] Final     **[X] Motion**

                        [ ] Other

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [X] | 1. Motion to Dismiss. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted              **[X] Motion Submitted**          [ ] Settled

[ ] Denied               [ ] Briefs to be filed             [ ] Not Settled

[ ] Granted in part, denied in part                         [ ] Off Calendar

Briefing Schedule:   Opening                                Answer
                     Reply

**[X]** Motion for Summary Judgment is to be held on December 11, 2007 at 10:00 a.m.

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    **[X] Court**    [ ] Court w/opinion