IMPERIUM PATENT WORKS
DARIEN K. WALLACE (State Bar No. 139798)
T. LESTER WALLACE (State Bar No. 159967)
P.O. Box 587
Sunol, California 94586
e-mail: Darien@ImperiumPW.com
Telephone: 925-862-9972
Facsimile: 925-835-5804

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC., a California corporation,<br><br>      Plaintiff,<br>v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>      Defendants.<br><br>DREAMWELL, LTD., a limited liability company of Nevada,<br><br>      Counterclaimant,<br>v.<br><br>ZINUS, INC., a California corporation,<br><br>      Counterdefendant. | Case No. 07-CV-03012 PVT<br><br>**PLAINTIFF ZINUS, INC.'S NOTICE OF MOTION FOR SUMMARY ADJUDICATION OF NON-INFRINGEMENT**<br><br>Date:     December 11, 2007<br>Time:    10:00 a.m.<br>Location: Courtroom 5<br>Judge:   Hon. Patricia V. Trumbull |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff and Counterdefendant Zinus, Inc.'s Motion for Summary Adjudication that the method of packing of Zinus' Mattress-in-a-Box "Swirl Wrap" product does not infringe any claim of U.S. Patent Number Re. 36,142 will be brought for hearing before the Honorable Patricia V. Trumbull in Courtroom 5 of the United

1 States District Court for the Northern District of California, San Jose Division, 280 South
2 First Street, San Jose, California at 10:00 a.m. on Tuesday, December 11, 2007. Zinus'
3 motion is based on this Notice, any argument submitted at the hearing, all pleadings, files and
4 records in this action, and on the [Proposed] Order Granting Zinus' Motion for Summary
5 Adjudication of Non-Infringement and the Motion and supporting Memorandum of Points
6 and Authorities and declarations filed on October 2, 2007, in this action.

Dated: November 5, 2007          By: _____/s/_____

                                              Darien K. Wallace
                                       IMPERIUM PATENT WORKS
                                       Attorneys for Plaintiff and Counterdefendant
                                       Zinus, Inc.