1  Kenneth B. Wilson, Calif. Bar No. 130009
   KWilson@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
4  Facsimile:  415.344.7050

5  Attorneys for Defendant
   SIMMONS BEDDING COMPANY
6  and Defendant and Counterclaimant DREAMWELL, LTD.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | ZINUS, INC. a California Corporation, | Case No. 07-CV-03012-PVT
13 |          Plaintiff,                    | **[PROPOSED]**
                                            | **ORDER DENYING PLAINTIFF ZINUS,**
14 |     v.                                 | **INC.'S MOTION FOR SUMMARY**
                                            | **ADJUDICATION OF NON-INFRINGEMENT**
15 | SIMMONS BEDDING COMPANY, a
   | Delaware corporation, and DREAMWELL,
16 | LTD., a limited liability company of   | **Date**:      December 11, 2007
   | Nevada,                                | **Time**:      10:00 a.m.
17 |                                        | **Before**:    The Honorable Patricia V. Trumbull
   |          Defendants.                   | **Location**:  Courtroom 5
18

19

20  AND RELATED COUNTERCLAIMS

21

22      On December 11, 2007, plaintiff Zinus, Inc.'s Motion for Summary Adjudication of Non-

23  Infringement was heard in this Court before the Honorable Patricia V. Trumbull.  After

24  considering the materials and oral argument presented to the Court, and good cause appearing:

25

26

27

28

[PROPOSED] ORDER
Case No. 07-CV-03012-PVT

1     IT IS HEREBY ORDERED that plaintiff's motion is denied.

2

3   Dated: December ____, 2007

4                                              The Honorable Patricia V. Trumbull
                                                 United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28