UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## CIVIL MINUTE ORDER

HOWARD R. LLOYD    UNITED STATES MAGISTRATE JUDGE              CT. #2

DATE:  December 5, 2007                CASE No.  C07-03012PVT

CASE TITLE:  Zinus, Inc. v. Simmons Bedding Company et al

Courtroom Deputy: P. Cromwell              ERO:

### APPEARANCES

For Plaintiff(s):                          For Defendant(s):

Darien Wallace                             Kenneth Wilson

Also present: Scott Reeves                 Also present: William Creekmuir


☐   Settlement Conference Held.  Case settled.

☐   Settlement Conference Held.  Case did not settle.

☒   Settlement Conference Held .  Further Settlement Conference (telephonic) is  scheduled for December 10, 2007 at 4:30 p.m.


Comments:

cc:
Chambers




Judge:                                                    Hours:      5.0