UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 12/11/07

Court Reporter: FTR      Clerk: C. Lew

Case No: C 07-3012 PVT      Case Title: Zinus, Inc. vs. Dreamwell Limited

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Darien Wallace<br>T. Lester Wallace | Ken Wilson |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial    [ ] Status    [ ] Discovery

[ ] Settlement    [ ] Final

[ ] Other    **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted    [ ] Submitted    [ ] Settled

[ ] Denied    [ ] Briefs to be filed    [ ] Not Settled

[ ] Granted in part, denied in part    [ ] Off Calendar

[X] Court adopted the dates on the parties proposed joint case managment conference statement

**ORDER TO BE PREPARED BY**

[ ] Plaintiff    [ ] Defendant    [X] Court    [ ] Court w/opinion