UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

HOWARD R. LLOYD    UNITED STATES MAGISTRATE JUDGE                CT. #2

DATE: December 10, 2007                CASE No. C07-03012PVT

CASE TITLE: Zinus, Inc. v. Simmons Bedding Company, et. al.

Courtroom Deputy: P. Cromwell            ERO:

APPEARANCES

For Plaintiff(s):                                        For Defendant(s):

Darien Wallace                                        Kenneth Wilson

Scott Reeves                                            William Creekmuir

☐    Settlement Conference Held. Case settled.

☒    Telephonic Settlement Conference Held. Case did not settle.

☐    Settlement Conference Held (telephonic). Further Settlement Conference to be scheduled:

Comments:

cc:
Chambers

Judge:                                                                Hours: