UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ZINUS, INC., | ) | Case No.: C07-3012 PVT |
| Plaintiff, | ) ) | **CASE MANAGEMENT** |
| v. | ) ) | **CONFERENCE ORDER** |
| SIMMONS BEDDING CO and DREAMWELL LTD, | ) ) ) | |
| Defendants. | ) ) | |

On December 11, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply in this case.

IT IS FURTHER ORDERED that the parties have previously been ordered to participate in a judicial settlement conference and have participated in a settlement conference in front of

1   Judge Lloyd.  The parties shall follow up with Judge Lloyd in setting a further settlement

2   conference as needed.

3           IT IS FURTHER ORDERED that the following schedule shall apply to this case:

4   Preliminary Infringement Contentions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 4, 2008

5   Preliminary Invalidity Contentions . . . . . . . . . . . . . . . . . . . . . . . . . . . February 20, 2008

6   Exchange of Proposed Terms and Claim Elements for Construction  . . . . . March 3, 2008

7   Exchange of  Preliminary Claim Constructions and Extrinsic Evidence  . March 17, 2008

8   Joint Claim Construction and Prehearing Statement  . . . . . . . . . . . . . . . .  April 11, 2008

9   Close of Claim Construction Discovery including Experts . . . . . . . . . . . .  May 12, 2008

10  Claim Construction Prehearing Conference  . . . . . . . . . . . . . . . . . . . . . .  May 20, 2008

11  Dreamwell's Opening Claim Construction Brief  . . . . . . . . . . . . . . . . . . .  May 26, 2008

12  Zinus' Responsive Claim Construction Brief . . . . . . . . . . . . . . . . . . . . . .  June 9, 2008

13  Dreamwell's Reply Claim Construction Brief . . . . . . . . . . . . . . . . . . . . . .  June 16, 2008

14  Claim Construction Hearing  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 8, 2008

15  Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

16          IT IS FURTHER ORDERED that Zinus is granted leave to file a motion for

17  reconsideration of the Order denying Zinus' Motion for Summary Judgment of Non-

18  Infringement.

19          IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for

20  Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev.

21  1/5/06), a copy of which is available from the clerk of the court,[1] with regard to the timing and

22  content of the Joint Pretrial Statement, and all other pretrial submissions.

23  Dated: December 12,  2007

24                              *Patricia V. Trumbull*
                                _____
25                              PATRICIA V. TRUMBULL
                                United States Magistrate Judge

26

27          [1]      A copy of Judge Trumbull's standing order is also available on the court's
        website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge
28      Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally
        on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."