1  Kenneth B. Wilson, Calif. Bar No. 130009
   KWilson@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
4  Facsimile:  415.344.7050

5  Attorneys for Defendant
   SIMMONS BEDDING COMPANY
6  and Defendant and Counterclaimant DREAMWELL, LTD.

7  Darien K. Wallace, Calif. Bar No. 139798
   T. Lester Wallace, Calif. Bar No. 159967
8  IMPERIUM PATENT WORKS
   P.O. Box 587
9  Sunol, CA  94586
   Telephone:  925.862.9972
10 Facsimile:  925.835.5804

11 Attorneys for Plaintiff and Counterdefendant
   ZINUS, INC.

12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16

17 | ZINUS, INC. a California Corporation, | Case No. 07-CV-03012-PVT |

18 |              Plaintiff, | |

19 |         v. | **STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

20 | SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, | |

21 | LTD., a limited liability company of Nevada, | |

22 | | |

23 |              Defendants. | |

24 | AND RELATED COUNTERCLAIMS | |

25

26      Pursuant to Local Rule 6-1(a), plaintiff and counterclaim defendant Zinus, Inc. ("Zinus"),

27 defendant Simmons Bedding Company ("Simmons Bedding") and defendant and counterclaimant

28 Dreamwell, Ltd. ("Dreamwell") (Simmons Bedding and Dreamwell shall be referred to

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT                    -1-
07-CV-03012-PVT

collectively as "Defendants") hereby stipulate and agree, by and through their respective counsel, that Defendants shall have until Tuesday, January 8, 2008, to file and serve their response to Zinus' Second Amended Complaint.

Dated:  December 18, 2007

**PERKINS COIE LLP**

By _____/s/_____
             Kenneth B. Wilson

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant DREAMWELL,
LTD.

Dated:  December 18, 2007

**IMPERIUM PATENT WORKS**

By _____/s/_____
             Darien K. Wallace

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Kenneth B. Wilson, hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 18, 2007 in San Francisco, California.

_____/s/_____
             Kenneth B. Wilson