Kenneth B. Wilson, Calif. Bar No. 130009
KWilson@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant DREAMWELL, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-03012-PVT<br><br>DECLARATION OF KENNETH B. WILSON IN SUPPORT OF STIPULATION AND PROPOSED ORDER ENLARGING BRIEFING SCHEDULE FOR PLAINTIFF ZINUS' MOTION FOR RECONSIDERATION OF THE ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT<br><br>Date:  January 22, 2008<br>Time:  10:00 a.m.<br>Location:  Courtroom 5<br>Before:  The Honorable Patricia V. Trumbull |

I, Kenneth B. Wilson, declare, in accordance with Civil Local Rule 6-2, as follows:

1. I am an attorney with the law firm of Perkins Coie LLP, counsel of record for defendant Simmons Bedding Company ("Simmons") and defendant and counterclaimant Dreamwell, Ltd. ("Dreamwell").  I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2.	I am the only attorney at Perkins Coie that has performed any substantive work on the above-captioned litigation. I prepared Dreamwell's Opposition to plaintiff Zinus, Inc.'s ("Zinus") original Motion for Partial Summary Judgment of Non-Infringement by myself, and am the only lawyer with enough familiarity with the issues in the case to prepare responses to any substantive motions in this matter.

3.	On December 17, 2007, Zinus filed a Motion for Reconsideration of the Order Denying Plaintiff's Motion for Summary Judgment of Non-Infringement (the "Motion for Reconsideration"), and set the motion for hearing on January 22, 2008. Pursuant to Local Rule 7-3, and given the court closures for the holiday, the Opposition to Zinus' Motion for Reconsideration is currently due on December 28, 2007.

4.	I would not have the time or opportunity to prepare an Opposition to Zinus' Motion for Reconsideration on the current briefing schedule. Specifically, I will be out of the office on vacation from December 19 through January 1, and will be out of the country and without computer network access on a long-planned family vacation from December 20 through December 28.

5.	I spoke to counsel for Zinus about continuing the hearing date, but Zinus is anxious to have its Motion for Reconsideration resolved at the earliest opportunity and does not wish to extend the hearing date for the motion. However, subject to the Court's approval, Zinus was willing to modify the briefing schedule on Zinus' Motion for Reconsideration as follows: Dreamwell's Opposition to the motion would be filed on or before Tuesday, January 8, 2008, and Zinus' Reply in support of the motion would be filed on or before Tuesday, January 15, 2008. The hearing on the Motion for Reconsideration would remain scheduled for Tuesday, January 22, 2008. Accordingly, the parties have herewith submitted a Stipulation reflecting that agreement.

6.	On July 11, 2007, the Court issued an Order Granting Defendants' Motion for Enlargement of Time to Respond to Complaint, which extended the time for Defendants to respond to Zinus' original Complaint by roughly three weeks. This afternoon the parties also filed a Stipulation Extending Time to Respond to Second Amended Complaint, which accommodates the same scheduling issues identified in the present Stipulation. I do not believe

1  there have been any other previous time modifications in the case, either by stipulation or Court
2  order.
3      7.    The requested time modification should not have any effect on the schedule for the
4  case.
5      I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.
7      Executed this 18th day of December, 2007 at San Francisco, California.

/s/
Kenneth B. Wilson

DECLARATION IN SUPPORT OF STIP.
RE BRIEFING SCHEDULE    -3-
07-CV-03012-PVT