Kenneth B. Wilson, Calif. Bar No. 130009
KWilson@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant DREAMWELL, LTD.

Darien K. Wallace, Calif. Bar No. 139798
T. Lester Wallace, Calif. Bar No. 159967
IMPERIUM PATENT WORKS
P.O. Box 587
Sunol, CA 94586
Telephone: 925.862.9972
Facsimile: 925.835.5804

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC. a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-03012-PVT<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER ENLARGING BRIEFING SCHEDULE FOR PLAINTIFF ZINUS' MOTION FOR RECONSIDERATION OF THE ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**<br><br>Date: January 22, 2008<br>Time: 10:00 a.m.<br>Location: Courtroom 5<br>Before: The Honorable Patricia V. Trumbull |

1    WHEREAS on December 17, 2007, plaintiff and counterclaim defendant Zinus, Inc. ("Zinus") filed a Motion for Reconsideration of the Order Denying Plaintiff's Motion for Summary Judgment of Non-Infringement (the "Motion for Reconsideration"), and set the motion for hearing on January 22, 2008; and

WHEREAS pursuant to Local Rule 7-3, and given the court closures for the holiday, the Opposition to Zinus' Motion for Reconsideration is currently due on December 28, 2007; and

WHEREAS counsel for defendant Simmons Bedding Company ("Simmons Bedding") and defendant and counterclaimant Dreamwell, Ltd. ("Dreamwell") (Simmons Bedding and Dreamwell shall be referred to collectively as "Defendants") will be out of the office on vacation from December 19 through January 1, and out of the country and without computer network access from December 20 through December 28; and

WHEREAS counsel for Defendants would not have time or opportunity to adequately respond to the Motion for Reconsideration on the current briefing schedule; and

WHEREAS Zinus is anxious to have its Motion for Reconsideration resolved at the earliest opportunity and does not wish to extend the hearing date for the motion;

THEREFORE, pursuant to Local Rule 6, it is hereby stipulated between Zinus and Defendants, by and through their respective counsel and subject to the Court's approval, that the briefing schedule on Zinus' Motion for Reconsideration may be modified as follows: Dreamwell's Opposition to the motion shall be filed on or before Tuesday, January 8, 2008, and Zinus' Reply in support of the motion shall be filed on or before Tuesday, January 15, 2008. The hearing on the Motion for Reconsideration shall remain scheduled for Tuesday, January 22, 2008.

Dated:  December 18, 2007

**PERKINS COIE LLP**

By _____/s/_____
Kenneth B. Wilson

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant DREAMWELL, LTD.

Dated: December 18, 2007

**IMPERIUM PATENT WORKS**

By _____/s/_____
       Darien K. Wallace

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kenneth B. Wilson, hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 18, 2007 in San Francisco, California.

_____/s/_____
Kenneth B. Wilson

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: December ___, 2007    _____Patricia V. Trumbull_____
                              The Honorable Patricia V. Trumbull
                              United States Magistrate Judge

STIPULATION ENLARGING BRIEFING
FOR MOTION FOR RECONSIDERATION          -3-
07-CV-03012-PVT