# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



③

12.5 inches thick

From box to your bed in minutes.

Our revolutionary Rebound Technology™ mattress compaction process gives you tremendous value in a Pocket Coil Spring mattress that is comparable to brands costing several times more.

# EXHIBIT D

# SLEEP

Completely packaged in one box for ultimate convenience and handling, this advanced mattress expands in minutes and offers years of luxurious comfort and support.

①

# EXHIBIT E

# SPRING MATTRESS UNPACKING DIRECTIONS

1. Take the spring mattress out from the box and lay it on the floor.

2. Cut the outer PE bag along the sewing line with scissors making sure not to cut the PVC vacuum bag inside

3. Roll out the vacuum sealed mattress onto the floor.

4. Unfold the mattress.

5. Carefully cut open the vacuum sealed bag and mattress will expand. Remove bag.

6. Allow mattress to fully expand to its original shape.



# EXHIBIT F



# EXHIBIT G1





**Real MATTRESS IN A BOX™**
Worldwide Patent Pending

**From the Box to a Real Mattress in 2 Minutes!**

Set Up In 4 Easy Steps
STEP 1 · STEP 2 · STEP 3 · STEP 4

**Wheel me home now!**

# EXHIBIT G2

DECLARATION OF SCOTT REEVES IN SUPPORT            Case No. C07-03012 PVT
OF ZINUS' MOTION FOR SUMMARY JUDGMENT OF
NON- INFRINGEMENT DUE TO NO DIRECT INFRINGEMENT

# From the Box to a Real Mattress in 2 Minutes!



**STEP 4** Mattress decompresses instantly. Pull away plastic. Mattress is ready to sleep on.



**STEP 3** Unroll compressed mattress and cut away the clear plastic wrapper.