IMPERIUM PATENT WORKS
DARIEN K. WALLACE (State Bar No. 139798)
T. LESTER WALLACE (State Bar No. 159967)
P.O. Box 587
Sunol, California 94586
e-mail: Darien@ImperiumPW.com
Telephone:   925-862-9972
Facsimile:   925-835-5804

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-03012 PVT<br><br>**[PROPOSED] ORDER GRANTING ZINUS, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT DUE TO NO DIRECT INFRINGEMENT**<br><br>The Honorable Patricia V. Trumbull |

After having considered the motion, the papers filed in support of and in opposition to the motion, and having heard the arguments of the parties' counsel, the Court finds that Zinus' supplying and sale of "shipped units" of the "Mattress-in-a-Box" product to Wal-Mart, as those terms are defined in Zinus' Memorandum of Points and Authorities, does not constitute infringement of any claim of U.S. Patent No. Re. 36,142.

IT IS HEREBY ORDERED that the Motion for Summary Judgment of Non-Infringement brought by plaintiff and counterdefendant Zinus, Inc. is GRANTED.

Dated: _____, 2008         _____
　　　　　　　　　　　　　　　　　　The Honorable Patricia V. Trumbull
　　　　　　　　　　　　　　　　　　United States Magistrate Judge