Kenneth B. Wilson, Calif. Bar No. 130009
KWilson@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant DREAMWELL, LTD.

Darien K. Wallace, Calif. Bar No. 139798
T. Lester Wallace, Calif. Bar No. 159967
IMPERIUM PATENT WORKS
P.O. Box 587
Sunol, CA 94586
Telephone: 925.862.9972
Facsimile: 925.835.5804

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-03012-PVT<br><br>**STIPULATION AND PROPOSED ORDER ENLARGING BRIEFING SCHEDULE FOR PLAINTIFF ZINUS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT DUE TO NO DIRECT INFRINGEMENT**<br><br>Date: February 19, 2008<br>Time: 10:00 a.m.<br>Location: Courtroom 5<br>Before: The Honorable Patricia V. Trumbull |

STIPULATION ENLARGING BRIEFING
FOR SUMMARY JUDGMENT MOTION             -1-
07-CV-03012-PVT

1  WHEREAS on January 14, 2008, plaintiff and counterclaim defendant Zinus, Inc. ("Zinus") filed a Motion for Summary Judgment of Non-Infringement Due to No Direct Infringement (the "Second Motion for Summary Judgment"), and set the motion for hearing on February 19, 2008; and

WHEREAS defendant and counterclaimant Dreamwell, Ltd.'s ("Dreamwell's") Opposition to Zinus' Second Motion for Summary Judgment is presently due on January 29, 2008; and

WHEREAS on January 17, 2008 the Court issued an Interim Order re Plaintiff Zinus, Inc.'s Motion for Reconsideration in which it directed Dreamwell to file a "hypothetical claim" brief in connection with that motion, which is also due on January 29, 2008; and

WHEREAS counsel for Dreamwell has been sick and out of the office from January 14, 2008, through today, with the exception of a couple of hours in the office on January 24; and

WHEREAS counsel for Dreamwell would not have time or opportunity to adequately respond to Zinus' Second Motion for Summary Judgment on the current briefing schedule; and

WHEREAS Zinus is anxious to have its Second Motion for Summary Judgment resolved at the earliest opportunity and does not wish to extend the hearing date for the motion;

THEREFORE, pursuant to Local Rule 6, it is hereby stipulated between Zinus and Defendants, by and through their respective counsel and subject to the Court's approval, that the briefing schedule on Zinus' Second Motion for Summary Judgment may be modified as follows: Dreamwell's Opposition to the motion shall be filed on or before Tuesday, February 5, 2008, and Zinus' Reply in support of the motion shall be filed on or before Tuesday, February 12, 2008. The hearing on the Second Motion for Summary Judgment shall remain scheduled for Tuesday, February 19, 2008.

STIPULATION ENLARGING BRIEFING
FOR SUMMARY JUDGMENT MOTION      -2-
07-CV-03012-PVT

Dated: January 25, 2008

**PERKINS COIE LLP**

By ___/s/___
Kenneth B. Wilson

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant DREAMWELL, LTD.

Dated: January 25, 2008

**IMPERIUM PATENT WORKS**

By ___/s/___
Darien K. Wallace

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Kenneth B. Wilson, hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 25, 2008 in San Francisco, California.

___/s/___
Kenneth B. Wilson

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: January __, 2008

_____
The Honorable Patricia V. Trumbull
United States Magistrate Judge

STIPULATION ENLARGING BRIEFING
FOR SUMMARY JUDGMENT MOTION            -3-
07-CV-03012-PVT