1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12 | ZINUS, INC.,                              ) | Case No.: C 07-3012 PVT
   |                                           )
13 |              Plaintiff,                   ) | **AMENDMENT TO INTERIM ORDER**
   |                                           ) | **RE PLAINTIFF'S ZINUS, INC.'S**
14 |       v.                                  ) | **MOTION FOR RECONSIDERATION;**
   |                                           ) | **AND**
15 | SIMMONS BEDDING COMPANY, et al.,           )
   |                                           ) | **ORDER CONTINUING PLAINTIFF'S**
16 |              Defendants.                  ) | **SECOND MOTION FOR SUMMARY**
   | _____ ) | **JUDGMENT**
17

18       On January 17, 2008, this court entered an order setting a schedule for further briefing on

19 Plaintiff's motion for reconsideration.  It has come to the court's attention that there is an

20 inconsistency in that order regarding oral argument for the motion.  The order states both that the

21 motion will be "deemed submitted on the papers" and that it will be heard on February 19, 2008.

22       On January 25, 2008, the parties filed a stipulation enlarging the briefing schedule for

23 Plaintiff's second motion for summary judgment.

24       Based on the file herein,

25       IT IS HEREBY ORDERED that the Court's January 17, 2008 is clarified to confirm that the

26 motion for reconsideration is on calender for 10:00 a.m. on February 19, 2008.

27       IT IS FURTHER ORDERED that, in order to allow the court and the parties to focus on the

28 motion for reconsideration, Plaintiff's second motion for summary judgment is continued to

1  10:00 a.m. on March 4, 2008. Defendants' opposition papers shall be filed no later than February
2  12, 2008. Plaintiff's reply papers shall be filed no later than February 19, 2008.
3  Dated: *1/28/08*

             PATRICIA V. TRUMBULL
             United States Magistrate Judge