1   Kenneth B. Wilson, Calif. Bar No. 130009
    KWilson@perkinscoie.com
2   PERKINS COIE LLP
    Four Embarcadero Center, Suite 2400
3   San Francisco, CA  94111-4131
    Telephone:  415.344.7000
4   Facsimile:  415.344.7050

5   Attorneys for Defendant
    SIMMONS BEDDING COMPANY
6   and Defendant and Counterclaimant DREAMWELL, LTD.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  ZINUS, INC. a California Corporation,        Case No. 07-CV-03012-PVT

13                        Plaintiff,             **DECLARATION OF KENNETH B. WILSON
                                                 IN SUPPORT OF DREAMWELL'S
14          v.                                   HYPOTHETICAL CLAIM ANALYSIS**

15  SIMMONS BEDDING COMPANY, a
    Delaware corporation, and DREAMWELL,         **Date**:      February 19, 2008
16  LTD., a limited liability company of         **Time**:      10:00 a.m.
    Nevada,                                      **Before**:    The Honorable Patricia V. Trumbull
17                                               **Location**:  Courtroom 5
                          Defendants.
18

19
    AND RELATED COUNTERCLAIMS
20

21
            I, Kenneth B. Wilson, declare:
22
            1.      I am an attorney with the law firm of Perkins Coie LLP, counsel of record for
23
    defendant and counterclaimant Dreamwell, Ltd. ("Dreamwell").  I have personal knowledge of
24
    the facts set forth in this Declaration and can testify competently to those facts.
25
            2.      Attached to this Declaration as Exhibit 1 is a true and correct copy of U.S. Patent
26
    No. RE 36,142 (the "'142 Patent").
27

28

    DECLARATION OF KENNETH B. WILSON
    Case No. 07-CV-03012-PVT
    65839-0001/LEGAL13917483.1

1    3.    Attached to this Declaration as Exhibit 2 is a true and correct copy of selected

2    pages from the transcript of the deposition of Scott Reeves, which was taken on November 15,

3    2007.

4    4.    Attached to this Declaration as Exhibit 3 for the Court's convenience is a true and

5    correct copy of Exhibits R-A through R-G to the Declaration of Scott Reeves in Support of Zinus,

6    Inc.'s Motion for Summary Adjudication of Non-Infringement, which was filed in this action on

7    October 2, 2007.

8    5.    Attached to this Declaration as Exhibit 4 for the Court's convenience is a true and

9    correct copy of U.S. Patent No. 4,711,067, the "Magni patent."

10    6.    Attached to this Declaration as Exhibit 5 is a true and correct copy of the

11    Cambridge Advanced Learner's Dictionary definition of the word "ribbon."

12    7.    Attached to this Declaration as Exhibit 6 is a true and correct copy of the

13    American Heritage Dictionary definition of the word "ribbon."

14    8.    Attached to this Declaration as Exhibit 7 is a true and correct copy of the Princeton

15    University Wordnet Dictionary definition of the word "ribbon."

16    9.    Attached to this Declaration as Exhibit 8 is a true and correct copy of the Merriam-

17    Webster's Online Dictionary definition of the word "ribbon."

18    10.    I have reviewed a number of on-line mattress resources regarding the standard

19    dimensions for various lengths of mattresses.  Attached to this Declaration as Exhibit 9 is a

20    printout of one such resource from the simmons.com Web site.  These sources consistently

21    indicate that the standard dimensions of a king-sized mattress are 80" long by 76" wide; the

22    standard dimensions of a queen-sized mattress are 80" long by 60" wide; and the standard

23    dimensions of a full-sized mattress are 75" long by 52" wide.

24    11.    Attached to this Declaration as Exhibit 10 is a true and correct copy of the

25    Declaration of Ricky F. Gladney.

26

27

28

DECLARATION OF KENNETH B. WILSON
Case No. 07-CV-03012-PVT              -2-
65839-0001/LEGAL13917483.1

1    I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct to the best of my knowledge.

3    Executed this 29th day of January, 2008 at San Francisco, California.

4

5

6                                                               /s/
                                                         Kenneth B. Wilson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF KENNETH B. WILSON
Case No. 07-CV-03012-PVT                    -2-
65839-0001/LEGAL13917483.1