**EXHIBIT 3**



FIGURE 1

# EXHIBIT R-B



FIGURE 2

# EXHIBIT R-C



FIGURE 3

# EXHIBIT R-D



FIGURE 4

# EXHIBIT R-E



FIGURE 5

# EXHIBIT R-F

DECLARATION OF SCOTT REEVES IN
SUPPORT OF ZINUS' MOTION FOR SUMMARY
ADJUDICATION OF NON- INFRINGEMENT

Case No. C07-03012 PVT



FIGURE 6