**EXHIBIT 5**





**Cambridge Advanced Learner's Dictionary**

[          ] Look it up

Select another dictionary...

We publish dictionaries for people learning English all over the world.
Find out more...

### Resources

Activities
Top 40 words
Word of the day
Data for Language Researchers
About the corpus

**English Language Teaching** from Cambridge University Press

Many more resources are available from Cambridge ELT.





[          ]
Search

## Definition

<-- Back to results

**ribbon**  Show phonetics
noun
**1** [C or U] a long narrow strip of material used to tie things together or as a decoration:
*Sandra often wears a ribbon in her hair.*
*He tied up the present with ribbon.*

**2** LITERARY **a ribbon of** *sth* a long narrow piece of something:
*A ribbon of road stretched ahead of us across the desert.*

**3** [C] a small piece of coloured material given to someone in the armed forces to show appreciation for their brave actions

**4** [C] SPECIALIZED the narrow strip of material that contains the ink for a typewriter:
*My typewriter needs a new ribbon.*

(from Cambridge Advanced Learner's Dictionary)



Want more? Subscribe to Cambridge Dictionaries Online Extra for audio pronunciations, thesaurus, extra example sentences, and much more!
Find out more...

© Cambridge University Press 2008.

858360992

The first and last word in dictionaries