**EXHIBIT 6**

ribbon. The American Heritage® Dictionary of the English Language: Fourth Edition. 20... Page 1 of 2

Case 5:07-cv-03012-PVT    Document 78-7    Filed 01/29/2008    Page 2 of 3





Ads b

Fabri
Low [
on Pc
Ribbc
All In
www.|

Awar
Comp
you c
Breas
and n
www.

Reference > American Heritage® > Dictionary

< ribbing                                                                 ribbonfish >

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# ribbon

**SYLLABICATION:** rib·bon

**PRONUNCIATION:**  rĭb'ən

**NOUN:** 1. A narrow strip or band of fine fabric, such as satin or velvet, finished at the edges and used for trimming, tying, or finishing. **2a.** Something, such as a tape measure, that resembles a ribbon. **b.** A long thin strip: *a ribbon of land along the shore.* **3. ribbons** Tattered or ragged strips: *a dress torn to ribbons.* **4.** An inked strip of cloth used for making an impression, as in a typewriter. **5a.** A band of colored cloth signifying membership in an order or the award of a prize. **b.** A strip of colored cloth worn on the left breast of a uniform to indicate the award of a medal or decoration. **6. ribbons** *Informal* Reins for driving horses. **7.** See **ledger board** (sense 2).

**TRANSITIVE VERB:** Inflected forms: **rib·boned, rib·bon·ing, rib·bons**
1. To decorate or tie with ribbons. 2. To tear into ribbons or shreds.

**ETYMOLOGY:** Middle English *ribban, riban,* from Old French *ruban,* probably of Germanic origin. See **bhendh-** in Appendix I.

**OTHER FORMS:** **rib'bon·y** —ADJECTIVE

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

< ribbing                                                                 ribbonfish >

ribbon. The American Heritage® Dictionary of the English Language: Fourth Edition. 20... Page 2 of 2

Case 5:07-cv-03012-PVT    Document 78-7    Filed 01/29/2008    Page 3 of 3

Google [          ] [Search]

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com


