**EXHIBIT 7**

# WordNet Search - 3.0 - WordNet home page - Glossary - Help

Word to search for: ribbon    [Search WordNet]

Display Options: (Select option to change) [Change]

Key: "S:" = Show Synset (semantic) relations, "W:" = Show Word (lexical) relations

## Noun

- S: (n) **ribbon**, thread (any long object resembling a thin line) *"a mere ribbon of land"; "the lighted ribbon of traffic"; "from the air the road was a grey thread"; "a thread of smoke climbed upward"*
- S: (n) decoration, laurel wreath, medal, medallion, palm, **ribbon** (an award for winning a championship or commemorating some other event)
- S: (n) **ribbon**, typewriter ribbon (a long strip of inked material for making characters on paper with a typewriter)
- S: (n) **ribbon** (notion consisting of a narrow strip of fine material used for trimming)

WordNet home page