**EXHIBIT 8**

# ribbon

7 entries found.

```
ribbon[1,noun]
ribbon[2,transitive verb]
blue-ribbon
blue ribbon
red ribbon
ribbon development
ribbon worm
```

Main Entry: ¹rib·bon 🔊
Pronunciation: \'ri-bən\
Function: *noun*
Etymology: Middle English *riban,* from Anglo-French *ribane, rubane*
Date: 14th century

**1 a :** a flat or tubular narrow closely woven fabric (as of silk or rayon) used for trimmings or knitting **b :** a narrow fabric used for tying packages **c :** a piece of usually multicolored ribbon worn as a military decoration or in place of a medal **d :** a strip of colored satin given for winning a place in a competition
**2 :** a strip of inked fabric (as in a typewriter)
**3** *plural* **:** reins for controlling an animal
**4 :** TATTER SHRED —usually used in plural <a sheet cut to *ribbons*>
**5 :** RIBBAND
— **rib·bon·like** 🔊 \-,līk\ *adjective*