**EXHIBIT 9**



Our Company   Sleep Products   My Dream Bed   Press Room   Sleep Tips

**Tips for a Good Night's Sleep** >

**Tips for a Healthier Sleep** >

**Resource Links** >

**Mattress Buying Guides and Tips** >

**Better Sleep Brochures** >

A more natural sleep solution - soft and supportive latex.

**Simmons King Mattress**

So many choices so little time! Whether you're shopping for a Simmons t\
or a king mattress Simmons offers, we suggest that you do a little bit of h\
size mattress is for your needs.

Depending on the room size or whether you are interested in placing mor\
want to consider a Simmons twin mattress or a Simmons full mattress. W
room, refer to the following dimensions for the Simmons twin mattress an\

Simmons twin mattress: 39" x 75"
Simmons full mattress: 54" x 75"

When planning for a larger size bed, the Simmons queen mattress is the

Simmons queen mattress: 60" x 80"

Finally, you've got the space and you want the luxury of having a king siz\
provides an unparalleled sleep surface. Stretch out, relax, and enjoy a be
mattress provides ample room and comfort.

Simmons king mattress: 76" x 80"

It doesn't matter which size Simmons mattress you eventually choose. Be
construction and better overall features all add up to a better night's sleep

Careers   Hospitality Division   Investor Relations   Warranty   Site Map   Privacy Policy   Terms Of Use

© 2007 - 2008 Simmons Bedding Company. All Rights Reserved.