Kenneth B. Wilson, Calif. Bar No. 130009
KWilson@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant DREAMWELL, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 07-CV-03012-PVT<br><br>**SUPPLEMENTAL DECLARATION OF KENNETH B. WILSON IN SUPPORT OF DREAMWELL'S CLAIM CONSTRUCTION BRIEF IN RESPONSE TO COURT'S INTERIM ORDER**<br><br>**Date**:     February 19, 2008<br>**Time**:     10:00 a.m.<br>**Before**:  The Honorable Patricia V. Trumbull<br>**Location**: Courtroom 5 |

I, Kenneth B. Wilson, declare:

1. I am an attorney with the law firm of Perkins Coie LLP, counsel of record for defendant and counterclaimant Dreamwell, Ltd. ("Dreamwell"). I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of U.S. Patent No. 3,611,524 (the "Broyles Patent").

DECLARATION OF KENNETH B. WILSON
Case No. 07-CV-03012-PVT

3. Attached to this Declaration as Exhibit 2 is a true and correct copy of the American Heritage Dictionary definition of the word "sleeve."

4. Attached to this Declaration as Exhibit 3 is a true and correct copy of the Princeton University Wordnet Dictionary definition of the word "sleeve."

5. Attached to this Declaration as Exhibit 4 is a true and correct copy of the Cambridge Advanced Learner's Dictionary definition of the word "sleeve."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of February, 2008 at San Francisco, California.

/s/
Kenneth B. Wilson

DECLARATION OF KENNETH B. WILSON
Case No. 07-CV-03012-PVT       -2-