**EXHIBIT 2**

1              IN THE UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5

6    ZINUS, INC.,
     a California corporation,

7
                          Plaintiff,

8         vs.                        Case No. 07-CV-03012 PVT

9    SIMMONS BEDDING COMPANY,
     a Delaware corporation,

10   and DREAMWELL, LTD., a
     limited liability company

11   of Nevada,

12                        Defendants,
                                    /

13   AND RELATED COUNTERCLAIMS.

14

15              DEPOSITION OF SCOTT REEVES

16                      VOLUME II

17   (CONFIDENTIAL TREATMENT AS REQUESTED BY COUNSEL)

18             MONDAY, FEBRUARY 11, 2008

19                PAGES 66 to 165

20

21

22   REPORTED BY:  LOUISE MARIE SOUSOURES, CSR NO. 3575

23               Certified LiveNote Reporter

24

25

66

```
1                    A P P E A R A N C E S

2

3

4    FOR PLAINTIFF:

5         IMPERIUM PATENT WORKS

6         BY:  T. LESTER WALLACE,

7              ATTORNEY AT LAW

8         P.O. Box 587

9         Sunol, CA  94586

10        (925) 862-9972

11        darien@imperiumpw.com

12

13

14

15   FOR DEFENDANTS:

16        PERKINS COIE LLP

17        BY:  KENNETH WILSON,

18             ATTORNEY AT LAW

19        Four Embarcadero Center

20        Suite 2400

21        San Francisco, CA  94111-4131

22        (415) 344-7000

23        kwilson@perkinscoie.com

24

25
```

1           BE IT REMEMBERED that pursuant to Notice, and

2    on Monday, February 11, 2008, commencing at the hour of

3    9:50 a.m. thereof, at Four Embarcadero Center, San

4    Francisco, California, before me, LOUISE MARIE

5    SOUSOURES, a Certified Shorthand Reporter, there

6    personally appeared:

7                      SCOTT REEVES,

8    called as a witness by the Defendants, and who, being

9    first duly sworn, was thereupon examined and testified

10   as hereinafter set forth:

11          EXAMINATION BY MR. WILSON (CONTINUED):

12       Q.   Good morning, Mr. Reeves.

13       A.   Good morning.

14       Q.   Are you still the president of Zinus

15   Incorporated?

16       A.   Correct.

17       Q.   Do you have any other titles with Zinus

18   Incorporated?

19       A.   No.

20       Q.   Okay.  Do you recall being deposed a couple

21   months ago in this case?

22       A.   Yes.

23       Q.   Do you remember I gave you some instructions

24   about, you know, what a deposition is about, guidelines

25   for the deposition?  Do you recall that I did that at

70

11          Q.  Has Zinus sold inner spring Mattress-in-a-Box

12     product to walmart.com?

13          A.  Yes.

14          Q.  Has Zinus sold inner spring Mattress-in-a-Box

15     product to Wal-Mart Canada?

16          A.  Yes.

17          Q.  Has Zinus sold inner spring Mattress-in-a-Box

18     product to any entity that is not affiliated with

19     Wal-Mart?

2          Q.  Has Zinus ever shipped or delivered a

3     demonstration product to any entity other than Wal-Mart

4     or Wal-Mart affiliates?

5          A.  Can you help me better understand that?

6          Q.  Sure.  Have you ever shipped a box of inner

7     spring Mattress-in-a-Box product to anybody to evaluate?

8          A.  Probably so.

9          Q.  Do you have any doubt as to whether Zinus has

10    done that?

11         A.  No, we shipped our sample to other customers

12    before other than Wal-Mart and they were in a box.

73

5          When you make presentations to customers, does

6    Zinus bring a boxed product?

7          A.   Initially, but then we set -- if the meeting is

8    at our facilities, then everything is already set up.

9          If we fly to our destination, we will unpack

10   the mattress so that the buyer sees it unpacked and

11   boxed separate.

12         Q.   Can you identify customers for which Zinus has

13   taken a box and unpacked it for a customer presentation?

14         A.   Oh, Wal-Mart.

15         Q.   When you say Wal-Mart, are you referring to

16   Wal-Mart Incorporated?

17         A.   Yes.

                                                      75

11      Q.  Does Zinus have a -- has Zinus ever had any

12  contractual relationships with Wal-Mart?

13      A.  No, everything's been arm's length kind of

14  relationship with them.

15      Q.  Has Zinus ever entered into a written sales

16  plan with Wal-Mart?

17      A.  No.

18      Q.  Has Zinus ever entered into a written supply

19  agreement with Wal-Mart?

20      A.  There's a supply agreement that all vendors

21  have with Wal-Mart, so we have.  In fact, it's called a

22  vendor agreement.

23      Q.  Zinus has signed a written supply agreement

24  with Wal-Mart, correct?

25      A.  Yes.

81

17      Q.  Has Zinus ever done presentations for Wal-Mart

18   where it has taken the compressed mattress out of what

19   you referred to as the duffel bag in your previous

20   deposition?

21      A.  Yes.

22      Q.  How many times has Zinus done presentations

23   like that for Wal-Mart?

24      A.  I'm not sure how many.  A few times.  I did one

25   myself to senior management of Wal-Mart where I took the

84

1    mattress out of the box and cut it open across the

2    mattress sides and then it popped open and I had her lay

3    on it right away.

4         Q.  When you say you cut it open, you mean you cut

5    the plastic wrapper that the mattress was compressed in?

6         A.  Yeah.

7             MR. WALLACE:  Objection, vague, calls for a

8    legal conclusion.

9    BY MR. WILSON:

10        Q.  Let me make sure I understand what happened.

11            In the presentation that you were just

12   discussing that you personally did for Wal-Mart, you

13   removed the mattress packed in the duffel bag out of the

14   box, correct?

15        A.  Correct.

16        Q.  You then took the mattress out of the duffel

17   bag, correct?

18        A.  Correct.

19        Q.  You then cut the plastic wrapper surrounding

20   the mattress so that it could decompress, correct?

21        A.  Yeah, the way we do it is we have to -- we slit

22   the wrapper all the way across so that it can pop open

23   immediately so it's a very rapid, you know, it's eye

24   popping, it pops up right away and you can lay on it

25   right away.

85

1          So that's what we're trying to convey in a

2    presentation like that.

3          Q.  During this presentation, you allowed the

4    mattress to return to its uncompressed state, correct?

5          A.  Yes, which it does immediately.

6          Q.  When you say immediately, in that particular

7    presentation, how long did it take?

8          A.  Less than a minute.  It's just instantaneous.

86

18    Q.  Does Zinus expect people who receive or view

19  the promotional materials that Zinus creates to believe

20  the statements in those materials are truthful?

21    A.  Sure.

22    Q.  Does Zinus intend the information that it puts

23  in its promotional materials to be truthful?

24    A.  Sure.

25    Q.  Are you aware of any instance when Zinus has

92

1    circulated advertising or promotional materials that

2    contain statements that were not truthful?

3           A.   Not to my knowledge.

4           Q.   Has Zinus designed packaging for its

5    Mattress-in-a-Box product?

6           A.   Yes.

13    Q.  Do you care whether retail customers believe
14  the wording on the box?
15    A.  We care.
16    Q.  Does Zinus endeavor to be truthful in the
17  statements that it places on the box for its product?
18    A.  Yes, we endeavor to be truthful.
19    Q.  Are you aware of any instance in which Zinus
20  has not been truthful in the statements that it has
21  placed on the box for the inner spring Mattress-in-a-Box
22  product?
23    A.  I'm not sure I'm aware of any time that that
24  has happened.

22          Q.   In the product that you shipped to Wal-Mart
23     Stores Incorporated, has Zinus included instructions
24     inside the box?
25          A.   I believe we did.   I believe we did.

96

1        Q.  In the inner spring Mattress-in-a-Box product

2   that Zinus has supplied to walmart.com, has Zinus

3   included product instructions in the boxes?

4        A.  I'm not sure, but I believe so, but I'm not

5   sure on that.

6        Q.  And who would know the answer to that?

7        A.  Our people would.  Our people in our Pleasanton

8   office.

9        Q.  Anybody in particular?

10       A.  Bruce or our Bentonville office personnel who

11   handle Wal-Mart would know.

12       Q.  In the product that you provided to Wal-Mart

13   Canada, have there been instructions placed inside the

14   boxes?

15       A.  I don't know.

16       Q.  Have there been instructions placed inside the

17   boxes for inner spring Mattress-in-a-Box product that

18   Zinus has supplied to customers other -- actual

19   prospective customers other than Wal-Mart?

20       A.  I don't believe so, but I'm not sure.  I do not

21   believe so, though.

97

1      Q.  You referred earlier to a presentation that you

2   personally made to wal-Mart stores where you took a

3   mattress out of the box, opened the packaging and

4   allowed it to be decompressed.

5          Do you recall that testimony?

6      A.  Yes.

7      Q.  Are you aware of any presentations made by

8   others at Zinus to Wal-Mart where they have taken a

9   mattress out of the box -- taken it out of the packaging

10   and allowed it to uncompress?

11      A.  There may have been a few other instances and

12   because the process is very quick, and so from the time

13   we take it out of the box to the time it's set up, it

14   just pops right up.

15          So there may have been a few, but if it was,

16   it's probably a handful of times.

17      Q.  What was your purpose in giving Wal-Mart the

18   presentation that you gave them when you took the

19   mattress out of the box and opened it?

20      A.  The purpose of my presentation was to show the

21   senior management what it would look like in-store in

22   its box, how it's pulled out of the box and how it

23   instantaneously opens up.

24          So you can -- she literally laid on it within a

25   very quick period of time, from just opening it up and

102

1    just so she could feel how comfortable it was.

2        Q.   You wanted your customer Wal-Mart to understand

3    the process of removing the box -- the mattress from its

4    packaging and allowing it to uncompress, correct?

5        A.   Correct.

6        Q.   Have --

7        A.   I want to make sure that you understand that

8    this is a process that's quick.  This is not --

9        Q.   I think you said that a number of times.

10       A.   Okay, good.  I want to make sure it's something

11   that happens quick and that's the purpose of giving a

12   presentation like that.

103

14      Q.  When you say the mattress expands immediately,

15  in less than a minute, does it take the mattress less

16  than a minute to fully expand to the volume that it was

17  at before it was compressed?

18      A.  Close to it.  Not exact.

19      Q.  How long does it take for the mattress to fully

20  expand to its uncompressed state?

21          MR. WALLACE:  Objection, vague.

22          THE WITNESS:  That really -- that might vary on

23  the different styles that you manufacture.

24          The current styles that we're selling, it's,

25  gosh, within a couple minutes.

104

1         But again, you can -- as soon as you open it

2    up, you'll see it pop up and you can lay on it right

3    then.

4    BY MR. WILSON:

5         Q.  Has anyone ever told you that -- strike that.

6             Has anyone ever told Zinus that it takes more

7    than an hour for the mattress to fully reexpand to its

8    uncompressed state?

9         A.  Again, that may depend on the construction of

10   the product.

11        Q.  I'm asking you regardless of the construction

12   of the product, has anybody ever advised Zinus that it

13   has taken more than an hour for an inner spring

14   Mattress-in-a-Box product to fully expand to its

15   uncompressed state?

16            MR. WALLACE:  Objection, vague.

17            THE WITNESS:  Of an inner spring mattress?

18   BY MR. WILSON:

19        Q.  Yes.

20        A.  An hour specifically?

21        Q.  I said more than an hour.

22        A.  Not on the products that we've shown to

23   Wal-Mart or walmart.com.

24        Q.  How about --

25        A.  But some cases, that may have occurred, but

105

1    that's if it has memory foam built on top of it, which

2    it tends to be a little slower in recovering air, but

3    the springs pop up right away.

17        Q.  Are you aware of any instance in which somebody

18   has been injured by the expansion of an inner spring

19   Mattress-in-a-Box product?

20        A.  No.

21        Q.  Are you aware of any instance in which a person

22   has been frightened by the expansion of an inner spring

23   Mattress-in-a-Box product?

24        A.  Not to my knowledge.

25        Q.  Have there been any instances in which you've

107

1    heard that customers have complained that the expansion

2    was abrupt?

3         A.  No, not to my knowledge.

4         Q.  Does Zinus maintain a customer service number

5    for its customers' customers who purchase inner spring

6    Mattress-in-a-Box products?

7         A.  Yes.

8         Q.  Has Zinus ever received calls from those

9    customers?

10        A.  Yes.

11        Q.  Does Zinus maintain any record of those calls?

12        A.  Yes.

13        Q.  What type of record?

14        A.  Who the customer is, what the issue is, and how

15   the situation needs to be resolved.

16        Q.  Have any customers ever called with concerns

17   about the speed at which the Mattress-in-a-Box product

18   returns to its uncompressed state?

19        A.  I don't know.

20        Q.  Has Zinus ever received any calls from

21   customers who don't know how to take the

22   Mattress-in-a-Box product out of the box?

23        A.  Perhaps, but I'm not sure.

24        Q.  Has Zinus ever received any calls from

25   customers who don't know how to take the

108

1    Mattress-in-a-Box mattress out of the plastic wrapper

2    that surrounds it?

3        A.  Perhaps, but I'm not sure.

4        Q.  Has Zinus ever received any calls from

5    customers who were unable to remove the

6    Mattress-in-a-Box mattress from either the duffel bag or

7    the fabric roll?

8        A.  I'm not sure.

9        Q.  Would the records that you have of customer

10   calls contain this information?

11       A.  They may or may not.

12           MR. WILSON:  I'd like to have marked as

13   Exhibit 213 a document bearing -- actually, no Bates

14   number on it, it's identified as Exhibit E to your

15   declaration.

16           (Exhibit No. 213 was marked.)

17   BY MR. WILSON:

18       Q.  Do you recognize this document?

19       A.  I believe so.

20       Q.  What is this document?

21       A.  I think this is the setup instructions for

22   unpacking the mattress -- setting up the mattress.

23       Q.  These are the instructions that Zinus includes

24   inside the box for its inner spring Mattress-in-a-Box

25   product, correct?

                                                    109

1        A.  Correct.

2        Q.  Does Zinus expect that customers who purchase

3    the Mattress-in-a-Box product for use will follow these

4    instructions?

5        A.  Yes.

6        Q.  Do you understand that customers who purchase

7    the product for their use will follow these

8    instructions?

9        A.  Yes.

10       Q.  Specifically, you understand that customers who

11   purchase an inner spring Mattress-in-a-Box product will

12   take the spring mattress from the box and lay it on the

13   floor, correct?

14       A.  Uh-huh, yes.

15       Q.  Zinus expects that customers will cut the outer

16   polyethylene bag along the sewing line with scissors; is

17   that right?

18       A.  Correct.

19       Q.  Zinus understands that's what customers will do

20   as well, correct?

21       A.  Correct.

22       Q.  In fact, it's true, isn't it, that in order to

23   use the Mattress-in-a-Box product for its intended

24   purpose, customers must remove the Mattress-in-a-Box

25   product from either the duffel bag or the fabric roll?

110

1           MR. WALLACE:  Objection, vague.

2           THE WITNESS:  I'm not sure what fabric roll is.

3    BY MR. WILSON:

4       Q.  The fabric on the swirl wrapped product.

5       A.  Oh, okay.

6           MR. WILSON:  Could you reread the question,

7    please?

8           (The record was read by the Reporter.)

9           THE WITNESS:  My confusion there was, I

10   believe, in my first deposition, you were referring to

11   it as film.

12          And I don't remember it being referred to as

13   fabric.  I'm not sure I remember that.

14          That's where I've --

15   BY MR. WILSON:

16      Q.  That's okay.  I just need an answer to the

17   question.

18          Why don't we read the question back one more

19   time so you have it firmly in mind so I can get a clean

20   answer to the question.

21          (The record was read by the Reporter.)

22          THE WITNESS:  Correct.

23   BY MR. WILSON:

24      Q.  What is the intended purpose or use of the

25   Mattress-in-a-Box product?

                                              111

1        A.   The intended purpose is to sleep on it.

2        Q.   Zinus intends that customers will cut open the

3   vacuum sealed bag surrounding the mattress, correct?

4        A.   Correct.

5        Q.   And Zinus understands that end user customers

6   for the Mattress-in-a-Box product do, in fact, puncture

7   or sever the vacuum seal bag, correct?

8            MR. WALLACE:   Objection, compound.

9            THE WITNESS:   The consumers understand that

10  they need to cut across the entire width or length of

11  that product for -- and then remove the mattress from

12  that wrapper so that they can sleep on it.

13  BY MR. WILSON:

14       Q.   Zinus understands that customers, in fact, do

15  cut the vacuum sealed bag to be able to use the

16  mattress, correct?

17       A.   Yes, they cut it all the way across, one way or

18  the other.

19       Q.   They have to do that in order to be able to use

20  the mattress for its intended purpose, correct?

21       A.   Correct.

22       Q.   Once the vacuum sealed bag is cut, Zinus

23  intends the customer will then allow the compressed

24  mattress to fully expand to its original shape, correct?

25            MR. WALLACE:   Objection, vague.

1          THE WITNESS:  Yes.

2     BY MR. WILSON:

3          Q.  Zinus understands that customers, in fact, do

4     allow the compressed mattress to uncompress to its

5     original state, correct?

6          A.  Correct.

113

19          Q.  Aside from the presentation that you made for

20     Wal-Mart, where you took a mattress out of the box and

21     allowed it to uncompress, are you aware of any other

22     presentations that Zinus has made to anybody in which

23     they have taken a mattress out of the box and allowed it

24     to uncompress?

25          A.  I believe there's been a handful of

118

1    presentations given that may have -- where we may
2    have -- but I don't know if it was memory foam or if it
3    was inner spring.
4        Q.  Is it fair to say that you can't, sitting here
5    today, identify any presentations other than ones you
6    have already discussed for inner spring mattresses in
7    which the mattress was taken out of the box and pulled
8    out to uncompress?
9        A.  I can't give you a definitive truthful answer
10   on that.
11           I can say that it's -- it's a few, maybe a
12   dozen, maybe less.
13           I'm not sure.
14       Q.  And you can't identify who those presentations
15   might have been made to, correct?
16       A.  Not specifically.

119

 9          Q.  Would you say that the Zinus inner spring

10     Mattress-in-a-Box product expands in an uncontrolled

11     manner?

12              MR. WALLACE:  Objection, vague.

13              THE WITNESS:  No.  No.

14     BY MR. WILSON:

15          Q.  Would you say that the inner spring

16     Mattress-in-a-Box product expands in a controlled

17     manner?

18              MR. WALLACE:  Vague.

19              THE WITNESS:  I would say that the mattress

20     rises quickly and very controlled.

21     BY MR. WILSON:

22          Q.  Has Zinus performed any internal testing on its

23     Mattress-in-a-Box products -- strike that, let me ask a

24     better question.

25              Can you think of any instance in which Zinus

                                                        120

```
1    has taken an inner spring Mattress-in-a-Box product out
2    of the box and performed testing on it?
3         A.  Oh, yeah.
```

22        Q.  You would not consider opening the Zinus

23    Mattress-in-a-Box inner spring product to be a dangerous

24    experience, correct?

25        A.  Not at all.

124

1         Q.  Aside from in the instructions that it has

2    provided in its inner spring Mattress-in-a-Box products,

3    has Zinus ever demonstrated or explained to anybody else

4    how to take the inner spring Mattress-in-a-Box product

5    out of the box and decompress it?

6         A.  You mean in a presentation?

7         Q.  In any form.

8         A.  I think I just -- I think I just answered that

9    question, where we've taken it out of the box maybe a

10   dozen times, maybe less, but we've presented the product

11   in an uncompressed manner to where we -- from compressed

12   to uncompressed.

13        Q.  Aside from those presentations that you

14   referenced earlier, have there been other instances in

15   which Zinus has explained to people how to remove the

16   inner spring Mattress-in-a-Box product from its

17   packaging and allow it to decompress?

18        A.  Maybe.  Verbally, maybe.

19        Q.  In what instances?

20        A.  Oh, I have no idea.  Could be at a trade show,

21   could be in a ballroom.  Could be you ought to see it,

22   it's really cool, but I'm not aware of.

                                                125

25        Q.  Is it fair to say that the inner spring

156

1    Mattress-in-a-Box product cannot be used for its

2    intended purpose unless it is removed from the duffel

3    bag or fabric or film roll?

4           MR. WALLACE:  Vague, and calls for a legal

5    conclusion.

6           THE WITNESS:  If your question is does it have

7    to be removed from the duffel bag or from the film wrap,

8    then I would say yes.

9    BY MR. WILSON:

10       Q.  And the Mattress-in-a-Box needs to be removed

11   from the plastic wrapper to be used for its intended

12   purpose, correct?

13       A.  Yes.

14       Q.  Mattress-in-a-Box needs to expand to its

15   uncompressed state to be able to be used?

16       A.  Correct.

17       Q.  Would you agree that those are steps that any

18   consumer intending to use the Mattress-in-a-Box product

19   as a mattress would take, whether or not they had

20   instructions?

157

1        I, LOUISE MARIE SOUSOURES, duly authorized to

2    administer oaths pursuant to Section 2093(b) of the

3    California Code of Civil Procedure, do hereby certify:

4    That the witness in the foregoing deposition was by me

5    duly sworn to testify the truth in the within-entitled

6    cause; that said deposition was taken at the time and

7    place therein cited; that the testimony of the said

8    witness was reported by me and was hereafter transcribed

9    under my direction into typewriting; that the foregoing

10   is a complete and accurate record of said testimony; and

11   that the witness was given an opportunity to read and

12   correct said deposition and to subscribe the same.

13        Should the signature of the witness not be

14   affixed to the deposition, the witness shall not have

15   availed himself or herself of the opportunity to sign or

16   the signature has been waived.

17        I further certify that I am not of counsel, nor

18   attorney for any of the parties in the foregoing

19   deposition and caption named, nor in any way interested

20   in the outcome of the cause named in said caption.

21

22        DATED:    _____, 2008

23

24

25             LOUISE MARIE SOUSOURES,
               CSR. NO 3575


165