**EXHIBIT 3**

# SLUMBER①™
# Direcciones en Desempacar de colchón

LEA POR FAVOR ESTAS DIRECCIONES COMPLETAMENTE ANTES DE DESEMPACAR SU NUEVO COLCHON



1. Prepare el lugar donde su colchón será utilizado tal como una base plana para cama o "Box Spring" asegúrese de que este limpia, plana y suficientemente resistente parea soportar el peso, tal como las bases SmartBase™ o SmartBox™. Coloque la caja en su lado y quite el colchón que viene comprimido.

2. Utilizando las tijeras, corte con cuidado la cinta que mantiene el colchón apretadamente enrollado. Tenga cuidado para evitar que las tijeras corten en el plástico protector. (NO UTILICE NINGUN TIPO DE CUCHILLO). Por este momento no corte la envoltura interior, plástica y clara.

3. Con la envoltura plástica clara todavía intacta, desenrolle y despliega el colchón comprimido y colóquelo en la posición donde usted estará durmiendo.

4. Con cuidado corte la bolsa plástica clara por las orillas. El colchón comienza instantáneamente a descomprimir. Quite la bolsa.

5. El colchón está listo para ser utilizado en este mismo momento usted ya puede agregar las sabanas y las mantas. Cosméticamente, puede tomar hasta 48 horas para que la cama tome completamente a su forma original.

P 002247

Help

**Google Translate** BETA | Text and Web | Translated Search | Dictionary | Tools

## Translate Text

Original text:

```
Cosmeticamente, puede tomar hasta 48
horas para que la cama tome
completamente a su forma original
```

Automatically translated text:

```
Cosmeticamente, can take up to 48 hours
to completely take the bed to its
original form
```

Spanish to English  [Translate]        ⊞ Suggest a better translation

## Translate a Web Page

http://        Spanish to English   [Translate]

Google Home - About Google Translate

©2008 Google

**EXHIBIT 4**



**Free shipping** with site2store

Sign in or create a ne
Cart | My Account | Track C
Registry | Wish List

 For the Home      See all depa

You are here: Home Page > For the Home > Furniture > Bedroom Furniture > Mattresses & Accessories > Mattress Sets

## 8" TIGHT TOP SPRING MATTRESS-IN-A-BOX TWIN

★★★★★ (2 Customer Ratings)
Read reviews or write a review

🔴 ROLLBACK

**$179.85 - $269.86**
See pulldown for each item's price

**Availability:**
- Online - **IN STOCK**

Select Size
[Select ▼]

[ADD TO CART ▶]

Add to:  ⓘ Wish List   ⓘ Registry

**Delivery Options:**
- Ship to home
  Usually takes 24 to 48 hours tc
  See estimated arrival date.





⊕ Enlarge image

**Information below:**
- Features & Specifications
- Complete the Look
- Shipping & Delivery
- Gifting Options
- 0% Interest Offer / Payment Options

**Complete the Look**


Sorry, photo not available

Simmons Deep Sleep I
$89.88 - $199.76

Sorry, photo not available

Simmons Beautyrest T Spring
$159.88 - $339.76

⬇ See more below

## Features & Specifications

Sleep tight on this Tight Top Spring Mattress-the revolutionary Rebound Technology mattress expands to its original shape in minutes when unpacked.

**Tight Top Pocket Spring Mattress**
- Springs provide undistributed rest - even as you toss and turn, meaning better motion separation
- Constructed to adjust individually to your weight and body shape
- Made of heavier gauge steel coil for comfort and durability
- Soft yet durable foams designed for maximum comfort and support
- Available sizes in Twin, Full, Queen, and King
- Twin Dimensions: 75" X 39" X 8"
- Full Dimensions: 75" X 54" X 8"
- Queen Dimensions: 80" X 60" X 8"
- King Dimensions: 80" X 76" X 8"

Shipping Weight (in pounds):      52.03

Product in Inches (L x W x H):    75.0 x 39.0 x 8.0
Assembled in Country of Origin:    USA and/or Imported
Origin of Components:    USA and/or Imported
Wal-Mart No.:    001767791

Top of Page

## Customer Product Reviews

Rate and review this p

Sort by...

### Mattress in a roll, 12/31/2007
By **MysticPrincess7**, McMinnville, OR    Read all reviews by this reviewer
★★★★★

**Product Attributes:**
Value for price paid:   ★★★★☆
Meets Expectations:   ★★★★☆
Features:   ★★★★★
Appearance:   ★★★★★

Who would believe it! This came rolled up in a box and we had to let it sit for 48 hours to fully reach it's size. I was able to move it by myself. Our old mattress had deep crevices we had to sleep in (we both are on the plus side). This mattress is sooooo comfortable. It has kind of a pillow top feel without the pillow top. I don't expect it to last forever. The last time I paid $225 for a mattress it lasted us 5 years. This one will do nicely til we win the lottery and can buy a luxury one! This one will then be our new guest bed! It's so comfortable I am afraid our guests will never leave, though.

Recommends this product? **Yes**
Age: **45 - 54**
Gender: **Female**
Has owned product for: **2 - 7 weeks**
Uses product: **Every day**

1 of 1 people found this review helpful.

**Was this review helpful to you?** Yes  No

Report inappropriate content

### Awsome value, 12/28/2007
By **deliberateshopper**, Missoula, MT    Read all reviews by this reviewer
★★★★★

**Product Attributes:**
Value for price paid:   ★★★★★
Meets Expectations:   ★★★★★

Features: ★★★★★
Appearance: ★★★★★

I was very skeptical of buying this product because my usual thought is that you get what you pay for. I went ahead and ordered it anyway because I knew I would not be using it that much and I did not want to spend that much money. To my surprise, this mattress is very comfortable. This is coming from a comfort snob who owns the top of the line temporpedic memory foam mattress. I would not trade my temporpedic but I would not mind spending the night on this bed if I had too. It met all of my needs and then some.

Recommends this product? **Yes**
Age: **35 - 44**
Gender: **Male**
Has owned product for: **2 - 7 weeks**
Uses product: **A few times per month**

**Was this review helpful to you?** Yes  No

Report inappropriate content


1 - 2 of 2 reviews

Top of Page


## Complete the Look


Simmons Deep Sleep Box Spring
**$89.88 - $199.76**
The Simmons Deep Sleep Triton foundation includes a framework of Canadian spruce and welded elements.


Simmons Beautyrest Triton Box Spring
**$159.88 - $339.76**
The Simmons Beautyrest Triton foundation includes a framework of Canadian spruce and welded elements.

Spa Sensations Memory Foam Contour Pillow

**$15.88**
This memory foam contour pillow conforms and molds to your head and neck, allowing an amazingly comfortable night's sleep.

**Browse for similar items in :**

- Home Page > For the Home > Furniture > Bedroom Furniture > Mattresses & Accessories > Mattress Sets
- Home Page > For the Home > Bedding > Pillows

Top of Page


## Shipping & Delivery

**Processing time** for an item is the time from when you submit your order to when the item leaves the warehouse. You can usually find an item's processing time when you click

"See estimated arrival date" on the item page.

**Shipping time** is from when the item leaves the warehouse to when it arrives at your door. See shipping time below.

The arrival date-range of each item is determined by adding the minimum of the processing time to the minimum of the shipping time and the maximum of the processing time to the maximum of the shipping time. For instance, If you bought a music CD that took 1 to 2 business days to process before shipping and you had it sent by Standard shipping (3 to 5 business days), the CD would arrive in 4 to 9 business days.

You will usually see the estimated arrival date-range when you click "See estimated arrival date" on the item page. You will see the actual arrival date-range during checkout.

Shipping times apply to shipments in the continental United States. For shipments sent by Standard shipping to Alaska and Hawaii, add 2-4 days to the shipping time. Delivery to APO/FPO addresses takes 3 to 6 weeks.

**Please note:** Oversize items cannot be shipped to Alaska, Hawaii, U.S. protectorates and territories, or APO/FPO addresses. At this time, delivery is limited to street addresses in the 48 contiguous states. You will see the actual arrival date in checkout after you choose a shipping address.

Top of Page

## Gifting Options

The following available options may be selected during checkout:

**Gift Message:** Add a personal note that we'll include with your gift.

**Gift Receipt:** When you add other gift options, we'll include a receipt that keeps the price a secret but makes it easy to exchange or return an item.

Top of Page
## 0% Interest Offer / Payment Options

### Enjoy Great Financing!


Make the most of your shopping with these great Wal-Mart® Discover® or Wal-Mart Credit Card financing offers:

- Minimum monthly payments required
- No interest offer applies to Walmart.com purchases over $250, and must be paid within 18 months. Offer good from January 8, 2008 through January 31, 2008.
- Purchase must be made with a Wal-Mart® Discover® or Wal-Mart® Credit Card

Offer Details and Card Application

### Other Payment Options

- Bill Me Later® — see details
- Wal-Mart Credit Card
- Wal-Mart Gift Card
- Visa, MasterCard, American Express, Discover and Wal-Mart Discover issued by U.S.

banks only*
- Debit cards (also called check cards, ATM cards or banking cards) which display a Visa or MasterCard logo on the front.

* This does not include the Wal-Mart Community and Business Card, which we are not able to accept.

We're sorry, but at this time we do not accept checks, money orders or credit cards issued by foreign (non-U.S.) banks. Please do not send cash.

Top of Page

## Pricing Policy

**About Our Prices**
We strive to provide you with the lowest prices possible on Walmart.com as well as in our stores. However, sometimes a price online does not match the price in a store. Walmart.com's prices may be either higher or lower than local store prices. Our local stores do not honor Walmart.com pricing or competitor advertisements from outside of a store's local trade territory.

Top of Page



Don't Miss a Single Rollback or Special Offer!
Get the Wal-Mart Wire: [Enter Your Email Address]
[SIGN UP ▶]

- More Newsletters   • Privacy Policy
Learn about new clearance items and exclusive music releases.

**ABOUT WALMART.COM**
- About Walmart.com
- Site Directory
- Sign Up for Email or RSS Feeds
- Join Our Affiliate Program
- Security & Privacy
- Terms of Use
- International Customers
- Careers at Walmart.com

**ABOUT WAL-MART STORES**
- Store Finder
- Wal-Mart Stores Info
- Wal-Mart Blog
- Wal-Mart Facts
- Wal-Mart Sustainability
- Wal-Mart Credit Cards
- Wal-Mart Associates
- Careers at Wal-Mart

**HELP**
- Online Customer Service
- Track Your Order
- Questions About Your Order
- Shipping Costs & Times
- Our Return Policy
- Return an Item
- Product Recall Info
- MSDS

© 2007 Wal-Mart Stores, Inc.

ndc-www16.walmart.com
/catalog/product.do, /catalog/fusionItem.do
/include/dynamic/tiles/templates/item/fusionItem.jsp

**EXHIBIT 5**

Case 5:07-cv-03012-PVT     Document 87-4     Filed 02/12/2008     Page 11 of 12

gradual. The American Heritage® Dictionary of the English Language: Fourth Edition. 2... Page 1 of 2



‹ grad school                                                                                            gradualism ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# gradual

| | |
|---|---|
| SYLLABICATION: | grad·u·al |
| PRONUNCIATION: | grăj'ōō-əl |
| ADJECTIVE: | Advancing or progressing by regular or continuous degrees: *gradual erosion; a gradual slope.* |
| NOUN: | *Roman Catholic Church* **1.** The liturgical book containing the chants for the Mass. **2.** A biblical text sung between the Epistle and the Gospel of the Mass. |
| ETYMOLOGY: | Middle English, having steps, from Medieval Latin *graduālis,* from Latin *gradus,* step; see grade. N., Middle English, from Medieval Latin *graduāle,* the part of the service sung by the choir from the altar steps, gradual, from neuter sing. of *graduālis.* |
| OTHER FORMS: | **grad'u·al·ly** —ADVERB<br>**grad'u·al·ness** —NOUN |

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ grad school                                                                                            gradualism ›

Google [         ] Search

Case 5:07-cv-03012-PVT     Document 87-4     Filed 02/12/2008     Page 12 of 12

gradual. The American Heritage® Dictionary of the English Language: Fourth Edition. 2...    Page 2 of 2

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com

