UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date: February 19, 2008

COURT REPORTER: Jana Ridenour     Clerk: Elizabeth C. Garcia

Case No: C 007- 03012 PVT     Case Title: Zinus Inc v. Simmons Bedding Co. et. al.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Darian Wallace | Kenneth Wilson |

## PROCEEDINGS

Pretrial Conferences:  [ ] Initial    [ ] Status    [ ] Discovery

[ ] Settlement    [ ] Final    [ ] Motion

[ ] Other    [ ] Case Management Conference

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [X] | [ ] | 1. Plaintiff's Motion for Reconsideration |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted     [X] Submitted     [ ] Settled

[ ] Denied     [ ] Briefs to be filed     [ ] Not Settled

[ ] Granted in part, denied in part     [ ] Off Calendar

Briefing Schedule:   Opening                    Answer
                     Reply

[ ]

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant     [X] Court     [ ] Court w/opinion