UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE  PATRICIA V. TRUMBULL

Date: 3/4/08

Court Reporter: Jana Ridenour       Clerk: C. Lew

Case No: C 07-3012  PVT       Case Title: Zinus, Inc. vs. Simmons Bedding Co.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Darien Wallace<br>T. Lester Wallace | Ken Wilson |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial       [ ] Status       [ ] Discovery

[ ] Settlement       [ ] Final

[ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [X] | [ ] | 1. Second Motion for Summary Judgment. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted          [X] Submitted          [ ] Settled

[ ] Denied           [ ] Briefs to be filed    [ ] Not Settled

[ ] Granted in part, denied in part             [ ] Off Calendar

## ORDER TO BE PREPARED BY

[ ] Plaintiff       [ ] Defendant       [X] Court       [ ] Court w/opinion