1 | Kenneth B. Wilson, Calif. Bar No. 130009
KWilson@perkinscoie.com
2 | PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
3 | San Francisco, CA  94111-4131
Telephone:  415.344.7000
4 | Facsimile:  415.344.7050

5 | Attorneys for Defendant
SIMMONS BEDDING COMPANY
6 | and Defendant and Counterclaimant DREAMWELL, LTD.

7 | Darien K. Wallace, Calif. Bar No. 139798
T. Lester Wallace, Calif. Bar No. 159967
8 | IMPERIUM PATENT WORKS
P.O. Box 587
9 | Sunol, CA  94586
Telephone:  925.862.9972
10 | Facsimile:  925.835.5804

11 | Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>Defendants. | Case No. 07-CV-03012-PVT<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING DEADLINE TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| AND RELATED COUNTERCLAIMS | |

WHEREAS on December 12, 2007, the Court issued a Case Management Conference Order in which it set a deadline of April 11, 2008 for plaintiff and counterclaim defendant Zinus, Inc. ("Zinus"), defendant and counterclaimant Dreamwell, Ltd. ("Dreamwell") and defendant

1  Simmons Bedding Company ("Simmons") to file their Joint Claim Construction and Prehearing
2  Statement; and
3      WHEREAS the parties have been discussing a potential settlement of this action, and
4  appear to be within a day or two of finalizing an agreement; and
5      WHEREAS the parties would like to be able to focus their attention on finalizing the
6  settlement, which would avoid the need for them to file their Joint Claim Construction and
7  Prehearing Statement;
8      THEREFORE, pursuant to Local Rule 6, it is hereby stipulated between Zinus and
9  Defendants, by and through their respective counsel and subject to the Court's approval, that the
10 deadline for filing the Joint Claim Construction and Prehearing Statement may be continued by
11 one week, from April 11, 2008 to April 18, 2008.  All other dates in the case would remain
12 unchanged.

14 Dated: April 10, 2008

15         **PERKINS COIE LLP**

16
17         By     /s/
           Kenneth B. Wilson

18         Attorneys for Defendant
        SIMMONS BEDDING COMPANY
19         and Defendant and Counterclaimant DREAMWELL,
        LTD.

21 Dated: April 10, 2008

22         **IMPERIUM PATENT WORKS**

23         By     /s/
24            Darien K. Wallace

25         Attorneys for Plaintiff and Counterdefendant
        ZINUS, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Darien K. Wallace, hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 10, 2008 in Pleasanton, California.

                                        /s/
                                  Darien K. Wallace

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: April __, 2008

                                The Honorable Patricia V. Trumbull
                                United States Magistrate Judge