Kenneth B. Wilson, Calif. Bar No. 130009
KWilson@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant DREAMWELL, LTD.

Darien K. Wallace, Calif. Bar No. 139798
T. Lester Wallace, Calif. Bar No. 159967
IMPERIUM PATENT WORKS
P.O. Box 587
Sunol, CA 94586
Telephone: 925.862.9972
Facsimile: 925.835.5804

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC. a California Corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br><br>           Defendants. | Case No. 07-CV-03012-PVT<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING DEADLINE TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| AND RELATED COUNTERCLAIMS | |

WHEREAS on December 12, 2007, the Court issued a Case Management Conference Order in which it set a deadline of April 11, 2008 for plaintiff and counterclaim defendant Zinus, Inc. ("Zinus"), defendant and counterclaimant Dreamwell, Ltd. ("Dreamwell") and defendant

Simmons Bedding Company ("Simmons") to file their Joint Claim Construction and Prehearing Statement; and

WHEREAS the parties have been discussing a potential settlement of this action, and appear to be within a day or two of finalizing an agreement; and

WHEREAS the parties would like to be able to focus their attention on finalizing the settlement, which would avoid the need for them to file their Joint Claim Construction and Prehearing Statement;

THEREFORE, pursuant to Local Rule 6, it is hereby stipulated between Zinus and Defendants, by and through their respective counsel and subject to the Court's approval, that the deadline for filing the Joint Claim Construction and Prehearing Statement may be continued by one week, from April 11, 2008 to April 18, 2008. All other dates in the case would remain unchanged.

Dated: April 10, 2008

**PERKINS COIE LLP**

By _____/s/_____
Kenneth B. Wilson

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant DREAMWELL, LTD.

Dated: April 10, 2008

**IMPERIUM PATENT WORKS**

By _____/s/_____
Darien K. Wallace

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

STIPULATION CONTINUING DEADLINE
FOR JOINT CLAIM CONSTRUCTION         -2-
STATEMENT

1 **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2   I, Darien K. Wallace, hereby attest that concurrence in the filing of this document has
3 been obtained from the other signatory.
4   I declare under penalty of perjury under the laws of the United States of America that the
5 foregoing is true and correct. Executed on April 10, 2008 in Pleasanton, California.

6

7 _____/s/_____
    Darien K. Wallace
8

9 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

10

11

12 Dated: April 11, 2008        _____Patricia V. Trumbull_____
                                 The Honorable Patricia V. Trumbull
13                               United States Magistrate Judge

STIPULATION CONTINUING DEADLINE
FOR JOINT CLAIM CONSTRUCTION         -3-
STATEMENT