1  Kenneth B. Wilson, Calif. Bar No. 130009
   KWilson@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
4  Facsimile:  415.344.7050

5  Attorneys for Defendant
   SIMMONS BEDDING COMPANY
6  and Defendant and Counterclaimant DREAMWELL, LTD.

7  Darien K. Wallace, Calif. Bar No. 139798
   T. Lester Wallace, Calif. Bar No. 159967
8  IMPERIUM PATENT WORKS
   P.O. Box 587
9  Sunol, CA  94586
   Telephone:  925.862.9972
10 Facsimile:  925.835.5804

11 Attorneys for Plaintiff and Counterdefendant
   ZINUS, INC.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                           SAN JOSE DIVISION

16

17 | ZINUS, INC. a California Corporation, | Case No. 07-CV-03012-PVT

18 | Plaintiff, |

19 | v. | **SECOND STIPULATION AND** ~~PROPOSED~~
   |   | **ORDER CONTINUING DEADLINE TO FILE**
20 | SIMMONS BEDDING COMPANY, a | **JOINT CLAIM CONSTRUCTION AND**
   | Delaware corporation, and DREAMWELL, | **PREHEARING STATEMENT**
21 | LTD., a limited liability company of |
   | Nevada, |
22 |   |
   | Defendants. |
23 |

24 | AND RELATED COUNTERCLAIMS |

25

26        WHEREAS on December 12, 2007, the Court issued a Case Management Conference

27 Order in which it set a deadline of April 11, 2008 for plaintiff and counterclaim defendant Zinus,

28 Inc. ("Zinus"), defendant and counterclaimant Dreamwell, Ltd. ("Dreamwell") and defendant

1  Simmons Bedding Company ("Simmons") to file their Joint Claim Construction and Prehearing
2  Statement; and
3      WHEREAS on April 10, 2008 the parties submitted a Stipulation and Proposed Order
4  Continuing Deadline to File Joint Claim Construction and Prehearing Statement until April 18,
5  2008, which was entered by the Court as an Order on April 11, 2008; and
6      WHEREAS the parties have reached an agreement to settle this action, but need a couple
7  of days to finalize the documentation and get the necessary signatures;
8      THEREFORE, pursuant to Local Rule 6, it is hereby stipulated between Zinus and
9  Defendants, by and through their respective counsel and subject to the Court's approval, that the
10  deadline for filing the Joint Claim Construction and Prehearing Statement may be continued by
11  one week, from April 18, 2008 to April 25, 2008. All other dates in the case would remain
12  unchanged.

Dated: April 17, 2008

**PERKINS COIE LLP**

By _____/s/_____
          Kenneth B. Wilson

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant DREAMWELL, LTD.

Dated: April 17, 2008

**IMPERIUM PATENT WORKS**

By _____/s/_____
          Darien K. Wallace

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Darien K. Wallace, hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 17, 2008 in Pleasanton, California.


                                                          /s/
                                         Darien K. Wallace

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


Dated: April 18, 2008                    /s/ Patricia V. Trumbull
                                          The Honorable Patricia V. Trumbull
                                          United States Magistrate Judge