| | |
|---|---|
| 1 | Kenneth B. Wilson, Calif. Bar No. 130009 |
| | KWilson@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | Four Embarcadero Center, Suite 2400 |
| 3 | San Francisco, CA 94111-4131 |
| | Telephone: 415.344.7000 |
| 4 | Facsimile: 415.344.7050 |

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant DREAMWELL, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC. a California Corporation, | Case No. 07-CV-03012-PVT |
| Plaintiff, | **[PROPOSED]** |
| | **ORDER VACATING MARCH 11, 2008** |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION** |
| | **FOR SUMMARY ADJUDICATION** |
| SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada, | **Before**:  The Honorable Patricia V. Trumbull |
| | **Location**: Courtroom 5 |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Having considered the Joint Motion for Administrative Relief to Vacate Order Granting Plaintiff's Motion for Summary Adjudication filed by plaintiff and counterclaim defendant Zinus, Inc., defendant Simmons Bedding Company, and defendant and counterclaimant Dreamwell, Ltd., and good cause appearing:

[PROPOSED] ORDER
Case No. 07-CV-03012-PVT

1    IT IS HEREBY ORDERED that the parties' Joint Motion is granted.  The March 11, 2008
2 Order Granting Plaintiff Zinus, Inc.'s Motion for Reconsideration; and Granting Plaintiff's
3 Motion for Summary Adjudication is hereby vacated.

4
5
6 Dated:  April ___, 2008.

                                                     The Honorable Patricia V. Trumbull
                                                       United States Magistrate Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28