IMPERIUM PATENT WORKS
DARIEN K. WALLACE (Bar No. 139798)
T. LESTER WALLACE (Bar No. 159967)
P.O. Box 587
Sunol, California 94586
e-mail: Darien@ImperiumPW.com
Telephone: 925-862-9972
Facsimile: 925-835-5804

Attorneys for Plaintiff and Counterdefendant
ZINUS, INC.

KENNETH B. WILSON (Bar No. 130009)
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
e-mail: KWilson@perkinscoie.com
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Defendant
SIMMONS BEDDING COMPANY
and Defendant and Counterclaimant
DREAMWELL, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ZINUS, INC., a California corporation,<br>            Plaintiff,<br>    v.<br>SIMMONS BEDDING COMPANY, a Delaware corporation, and DREAMWELL, LTD., a limited liability company of Nevada,<br>            Defendants.<br><br>DREAMWELL, LTD., a limited liability company of Nevada,<br>            Counterclaimant,<br>    v.<br>ZINUS, INC., a California corporation,<br>            Counterclaim Defendant. | Case No.: 07-CV-03012 PVT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F. R. CIV. P. 41(A)(1) AND**<br><br>**[PROPOSED]**<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br><br>The Honorable Patricia V. Trumbull |

Plaintiff and counterclaim defendant ZINUS, INC., defendant SIMMONS BEDDING COMPANY, and defendant and counterclaimant DREAMWELL, LTD., through their counsel of record, hereby stipulate and move that this entire action, including all claims and

counterclaims, be dismissed with prejudice pursuant to F. R. Civ. P. 41(a)(1) and the terms of the parties' April 21, 2008 Settlement Agreement.  Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  April 25, 2008                                  IMPERIUM PATENT WORKS

By:  _____/s/_____
Darien K. Wallace

Attorneys for plaintiff and counterclaim defendant ZINUS, INC.

Dated:  April 25, 2008                                  PERKINS COIE LLP

By:  _____/s/_____
Kenneth B. Wilson

Attorneys for defendant SIMMONS BEDDING COMPANY and defendant and counterclaimant DREAMWELL, LTD.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Darien K. Wallace, hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 25, 2008 in Brentwood, California.

_____/s/_____
Darien K. Wallace

The case set forth above, having been noticed for dismissal by stipulation of both parties, is hereby dismissed with prejudice.

Dated:  April ___, 2008                                  _____
Hon. Patricia V. Trumbull
United States Magistrate Judge