1   IMPERIUM PATENT WORKS
    DARIEN K. WALLACE (Bar No. 139798)
2   T. LESTER WALLACE (Bar No. 159967)
    P.O. Box 587
3   Sunol, California 94586
    e-mail: Darien@ImperiumPW.com
4   Telephone:   925-862-9972
    Facsimile:    925-835-5804
5
    Attorneys for Plaintiff and Counterdefendant
6   ZINUS, INC.

7   KENNETH B. WILSON (Bar No. 130009)
    PERKINS COIE LLP
8   Four Embarcadero Center, Suite 2400
    San Francisco, CA 94111-4131
9   e-mail: KWilson@perkinscoie.com
    Telephone:    (415) 344-7000
10  Facsimile:    (415) 344-7050

11  Attorneys for Defendant
    SIMMONS BEDDING COMPANY
12  and Defendant and Counterclaimant
    DREAMWELL, LTD.
13

14                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
15                       SAN JOSE DIVISION

16  ZINUS, INC., a California corporation,        Case No.: 07-CV-03012 PVT
                        Plaintiff,
17              v.                                **STIPULATION OF DISMISSAL
                                                 WITH PREJUDICE PURSUANT
18  SIMMONS BEDDING COMPANY, a                   TO F. R. CIV. P. 41(A)(1) AND**
    Delaware corporation, and DREAMWELL,
19  LTD., a limited liability company of         **[PROPOSED]**
    Nevada,
20                      Defendants.              **ORDER DISMISSING ACTION
                                                 WITH PREJUDICE**
21  DREAMWELL, LTD., a limited liability
    company of Nevada,
22                      Counterclaimant,
                v.
23
    ZINUS, INC., a California corporation,
24                      Counterclaim Defendant.  The Honorable Patricia V. Trumbull

25

26        Plaintiff and counterclaim defendant ZINUS, INC., defendant SIMMONS BEDDING

27  COMPANY, and defendant and counterclaimant DREAMWELL, LTD., through their

28  counsel of record, hereby stipulate and move that this entire action, including all claims and

    STIPULATION OF DISMISSAL WITH                        Case No. 07-CV-03012 PVT
    PREJUDICE AND [PROPOSED] ORDER            1

1  counterclaims, be dismissed with prejudice pursuant to F. R. Civ. P. 41(a)(1) and the terms of

2  the parties' April 21, 2008 Settlement Agreement.  Each party shall bear its own attorneys'

3  fees and costs.

4       IT IS SO STIPULATED.

5  Dated:  April 25, 2008                  IMPERIUM PATENT WORKS

6

7  By:  _____/s/_____
                   Darien K. Wallace

8

9                Attorneys for plaintiff and counterclaim
              defendant ZINUS, INC.

10  Dated:  April 25, 2008                  PERKINS COIE LLP

11

12  By:  _____/s/_____
                   Kenneth B. Wilson

13

14                Attorneys for defendant SIMMONS
              BEDDING COMPANY and defendant
              and counterclaimant DREAMWELL, LTD.

15

16  **ATTESTATION PURSUANT TO GENERAL ORDER 45**

17       I, Darien K. Wallace, hereby attest that concurrence in the filing of this document has

18  been obtained from the other signatory.

19       I declare under penalty of perjury under the laws of the United States of America that

20  the foregoing is true and correct.  Executed on April 25, 2008 in Brentwood, California.

21                     _____/s/_____
                   Darien K. Wallace

22

23

24       The case set forth above, having been noticed for dismissal by stipulation of both

25  parties, is hereby dismissed with prejudice.

26

27  Dated:  April __28__, 2008         _____
               Hon. Patricia V. Trumbull

28                 United States Magistrate Judge